UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GRANT BOYD,  )
    Plaintiff,  )
   )
v.  )   Civil Action
   )   No.
MIKE AUSTIN,  )
Plymouth County Sheriff's Department, et al.,  )
    Defendants.  )

05-10873 RWZ

### DEFENDANT U.S. MARSHALS SERVICE'S
### REQUEST TO ENLARGE TIME TO ANSWER OR RESPOND

On or about April 28, 2005, the United States Marshals Service (USMS), a federal defendant in this action, removed this matter to this Court. The USMS hereby respectfully requests this Court to enter an order enlarging, to and including June 27, 2005, the time in which the United States shall be permitted to answer or otherwise respond to the complaint in the above-titled action.[1]

Because the government normally has 60 days in which to respond to a Complaint filed in this Court, it is requesting the same amount of time herein. This time is necessary for the undersigned counsel to obtain the required information from the defendant agency in order to prepare a proper response to this Complaint.

---

[1] No memorandum is submitted in support of this request as it is not a motion, but rather a timely request pursuant to Fed. R. Civ. P. 6(b)(1), which provides that this Court has discretion to grant requests to enlarge time "without motion or notice before the expiration of the period."

WHEREFORE, the government respectfully requests that this Court allow it until June 27, 2005 to file its answer or other response to the above-captioned Complaint.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

EUGENIA M. CARRIS
Assistant U.S. Attorney
Office of the U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 9200
Boston, MA 02210
(617) 748-3282

## CERTIFICATE OF SERVICE

I certify that service of the foregoing Request to Enlarge Time to Answer or To Respond has been made upon the following by first-class mail on this 28th day of April, 2005:

Grant Boyd, pro se,
P. O. Box 180278, Boston, MA 02118-0278

Plymouth County Sheriff's Department Headquarters,
24 Long Pond Road, Plymouth, MA 02360

Commonwealth of Massachusetts, Department of Correction Headquarters,
50 Maple Street, Suite 3, Milford, MA 01757.

EUGENIA M. CARRIS
Assistant U.S. Attorney