```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| GRANT BOYD, | ) C.A. No. 05-10873-RWZ |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| V. | ) |
|  | ) |
| MIKE AUSTIN, et al. | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

**DEFENDANTS' KATHLEEN DENNEHY, RHIANNA KOHL AND EDWARD O'DONNELL'S MOTION TO ENLARGE TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

Defendants, Kathleen Dennehy, Rhianna Kohl and Edward O'Donnell move this Court for an enlargement of time in which to file a responsive pleading to plaintiff's complaint up to and including May 23, 2005.

As grounds, counsel for the above-named defendants state that he was only recently assigned the matter. As such, the additional time is necessary to investigate the allegations in plaintiff's complaint and to prepare an informed response in compliance with the federal rules.

Respectfully submitted,

NANCY ANKERS WHITE
Special Assistant Attorney General

DATED: May 4, 2005      /S/Kevin A. Anahory
                        _____
                        Kevin A. Anahory, Counsel
                        B.B.O. # 564002
                        Department of Correction
                        Legal Division
                        70 Franklin Street, Suite 600
                        Boston, MA  02110-1300
                        (617)727-3300 ext. 125