**CERTIFICATE OF SERVICE**

      I, Kevin A. Anahory, hereby certify that on this date, I served a true copy of Kathleen Dennehy, Rhianna Kohl and Edward O'Donnell's Motion for Enlargement of Time To Respond to Plaintiff's Complaint by mailing the same first-class mail, postage prepaid to Grant Boyd, MCI-Cedar Junction, P.O. Box 100, South Walpole, MA 02071.

May 4, 2005                                                                         /s/ Kevin A. Anahory