UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GRANT BOYD,
            Plaintiff

v.

            CA05-10873 RWZ

MIKE AUSTIN, Plymouth
County Sheriff's Department, et. al.
            Defendants

PLYMOUTH COUNTY DEFENDANTS
AND PLYMOUTH COUNTY SHERIFF'S DEPARTMENT'S
REQUEST TO ENLARGE TIME TO ANSWER OR RESPOND

On or about April 28, 2005, the United States Marshals Service (USMS), a federal defendant in this action, removed this matter to this Court. The Plymouth County Defendants and Plymouth County Sheriff's Department, hereby respectfully request this Court to enter an order enlarging, to and including June 27, 2005, the time in which the Plymouth County Defendants and Plymouth County Sheriff's Department shall be permitted to respond to the complaint in the above-entitled action.[1]

Because the government normally has 60 days in which to respond to a Complaint filed in this Court, The Plymouth County Defendants and Plymouth County Sheriff's Department request the same amount of time herein. This time is necessary for the undersigned counsel to obtain the required information to prepare a proper response to the Complaint.

---

[1] No memorandum is submitted in support of this request as it is not a motion, but rather a timely request pursuant to Fed.R.Civ.P. 6(b)(1), which provides that this Court has discretion to grant requests to enlarge time "without motion or notice before the expiration of the period."

WHEREFORE, the Plymouth County Defendants and Plymouth County Sheriff's Department respectfully request that this Court allow it until June 27, 2005 to file its response to the above-captioned Complaint.

Respectfully submitted,
Plymouth County Defendants and Plymouth County Sheriff's Department
By their attorney:

Patrick C. Lee, General Counsel
Plymouth County Sheriff's Department
24 Long Pond Road
Plymouth, MA 02360
508-830-6287
BBO # 634980

## CERTIFICATE OF SERVICE

I certify that on this 9th day of May, 2005 I served the within Request to Enlarge Time to Answer or to Respond upon all parties as follows:

Grant Boyd *pro se*
P.O. Box 180278
Boston, MA 02118-0278

Eugenia M. Carris, Asst. U.S. Attorney
Office of the U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Commonwealth of Massachusetts
Department of Correction Headquarters
50 Maple Street, Suite 3
Milford, MA 01757

Signed under the pains and penalties of perjury.

Patrick C. Lee, General Counsel