US FEDERAL COURT
1 Court House WAY, Suite 2300
Boston MA 02110

DEAR CLERK

2005 MAY 12 P 4:54

05-10873-RWZ

U.S. DISTRICT COURT
DISTRICT OF MASS

I Am Filing An Ex PARTE Motion For A TRO UNDER RULE 65(b) And A Motion to effect My transfer to NorFolk County - DEDHAM JAIL A FACILITY Not PARTY to this Civil Action.

Please bring this Motion befor the Court Prior to AmenDing my CompIAINT AS I Am Dropping my Action Against the DOC, Untill I Am No Longer UNDEr their Control, And According to rule 65(b) A TRO CAN ONLY Be issUeD Against a Party to the Action.

Enclosed you will Find A Motion For TRO And TRANSFER, AN AFFIDAVIT in Support Of that Motion And AN AMENDED CompIAINT.

Please SenD Notices to All Parties, incluDing My SELF As these Documents Are My only COPIES AND I have No Ability to SenD Notices to Any Party.

Please note my MAiling ADDress Below.

Respectfully Submitted

5/8/05

Grant Boyd, Pro SE
PO Box 100 - Block 4
S. WALPole Ma 02071


Can you Also SEND A Copy to my ATTORNEY:
        Ron Richards - Criminal Attorney
        Law Offices of Ron Richards
        PO Box 11480
        Beverly Hills, CA 90231