UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GRANT BOYD,            )
    Plaintiff,         )
                       )   CIVIL ACTION
v.                     )   NO. 05-10873-RWZ
                       )
MIKE AUSTIN, et al.,   )
    Defendants.        )

## NOTICE OF FILING

PLEASE TAKE NOTICE that on this day the original certified or attested to copies of the state court pleadings received from the Clerk of the Superior Court, Plymouth County, were filed with the United States District Court.

        MICHAEL J. SULLIVAN,
        UNITED STATES ATTORNEY

BY: /s/ Eugenia M. Carris
    Eugenia M. Carris
    Assistant U. S. Attorney
    U.S. Courthouse - Suite 9200
    1 Courthouse Way
    Boston, MA  02210
    (617) 748-3282

### Certificate of Service

I hereby certify that on this day I gave notice of the foregoing by mailing a copy of same, postage prepaid, first class mail to *pro se* plaintiff, Grant Boyd, P.O. Box 180278, Boston, MA 02118, and all attorneys of record.

        /s/ Eugenia M. Carris
        Eugenia M. Carris
Dated: May 15, 2005        Assistant U. S. Attorney

MAS-20041213     Case 1:05-cv-10873-RWZ    Commonwealth of Massachusetts    Document 10    Filed 05/16/2005    Page 2 of 5    05/03/2005
dormanmi
PLYMOUTH SUPERIOR COURT
Case Summary
Civil Docket
10:59 AM

### PLCV2005-00310
### Boyd v Austin et al

| | | | | | |
|---|---|---|---|---|---|
| **File Date** | 03/16/2005 | **Status** | Disposed: transfered to other court (dtrans) | | |
| **Status Date** | 05/02/2005 | **Session** | B - Civil B - CtRm 1 (Plymouth) | | |
| **Origin** | 1 | **Case Type** | E99 - Miscellaneous | | |
| **Lead Case** | | **Track** | X | | |

| | | | | | |
|---|---|---|---|---|---|
| **Service** | 06/14/2005 | **Answer** | 08/13/2005 | **Rule12/19/20** | |
| **Rule 15** | | **Discovery** | | **Rule 56** | |
| **Final PTC** | 09/12/2005 | **Disposition** | 10/12/2005 | **Jury Trial** | No |

**PARTIES**

**Plaintiff**
Grant Boyd
P.O. 180278
Boston, MA 02118-0278
Active (prisoner) 03/16/2005 Notify

**Defendant**
Mike Austin
Served (answr pending) 04/02/2005

**Defendant**
Richard Cardinal
formerly John Doe #1, see p#18
Served (answr pending) 04/02/2005

**Defendant**
Cathy Lynch
Served (answr pending) 04/02/2005

Commonwealth of Massachusetts
PLYMOUTH SUPERIOR COURT
Case Summary
Civil Docket

# PLCV2005-00310
## Boyd v Austin et al

**Defendant**
John Doe #2
Served (answr pending) 04/02/2005

**Defendant**
Michael Neri
Served (answr pending) 04/02/2005

**Defendant**
Brian Gillen
Served (answr pending) 04/02/2005

**Defendant**
John Doe #3
Served (answr pending) 04/02/2005

**Defendant**
Joseph MacDonald
Served (answr pending) 04/02/2005

**Defendant**
John Doe #4
Served (answr pending) 04/02/2005

MAS-20041213  Case 1:05-cv-10873-RWZ   Document 10   Filed 05/16/2005   Page 4 of 5   05/03/2005
dormanmi                              Commonwealth of Massachusetts                    10:59 AM
                                         PLYMOUTH SUPERIOR COURT
                                              Case Summary
                                              Civil Docket

### PLCV2005-00310
### Boyd v Austin et al

**Defendant**
Edward O'Donnell
Served (answr pending) 04/02/2005

**Defendant**
Rhiana Kohl
Served (answr pending) 04/02/2005

**Defendant**
Kathleen Dennehy
Served (answr pending) 04/02/2005

**Defendant**
Thomas Hannon
formerly John Doe #5, see o# 18
Served (answr pending) 04/02/2005

**Defendant**
Anthony Dichio
Served (answr pending) 04/02/2005

## ENTRIES

| Date | Paper | Text |
|---|---|---|
| 03/16/2005 | 1.0 | Complaint & civil action cover sheet filed |
| 03/16/2005 | | Origin 1, Type E99, Track X. |
| 03/16/2005 | 2.0 | Plff Grant Boyd's MOTION for the court to deduct all fees from inmate account |
| 03/16/2005 | 3.0 | Plff Grant Boyd's MOTION for service by regular first class mail |
| 03/16/2005 | | Administrative Directive 92-1, 14 summons, affidavit of indigency mailed to pltff |

Commonwealth of Massachusetts
PLYMOUTH SUPERIOR COURT
Case Summary
Civil Docket

## PLCV2005-00310
### Boyd v Austin et al

| Date | Paper | Text |
|---|---|---|
| 03/21/2005 | 4.0 | Affidavit of Indigency |
| 03/21/2005 | 5.0 | Pltff Grant Boyd's MOTION to compel deft Joseph MacDonald to produce names |
| 03/21/2005 | 6.0 | Pltff Grant Boyd's MOTION to compel U.S. Marshals Service to produce name and title of John Doe #5 |
| 03/21/2005 | 7.0 | Pltff Grant Boyd's MOTION to compel deft Joseph MacDonald to produce information |
| 03/24/2005 | 8.0 | MOTION (P#5) No action pending service of complaint by plaintiff upon defendants (Thomas A. Connors, Justice). Notices mailed March 24, 2005 |
| 03/24/2005 | 9.0 | MOTION (P#6) No action pending service of complaint by plaintiff upon defendants (Thomas A. Connors, Justice). Notices mailed March 24, 2005 |
| 03/24/2005 | 10.0 | MOTION (P#7) No action pending service of complaint by plaintiff upon defendants (Thomas A. Connors, Justice). Notices mailed March 24, 2005 |
| 03/24/2005 | 11.0 | Notice of Waiver of Court costs and Request for Payment to be withdrawn from plaintiff's account pursuant to M G L c 261, s. 19 the plaintiff is incapable of paying the filing fee and may proceed in forma pauperis (Thomas A. Connors, Justice) Notices mailed March 24, 2005 |
| 03/28/2005 | 12.0 | Pltff Grant Boyd's MOTION for relief |
| 03/29/2005 | 13.0 | MOTION (P#12) No action pending service of complaint by pltff upon defts (Thomas A. Connors, Justice). Notices mailed March 29, 2005 |
| 04/07/2005 | 14.0 | Pltff Grant Boyd's MOTION for service by regular 1st class mail |
| 04/07/2005 | 15.0 | Pltff Grant Boyd's MOTION to transfer pltff back to PCCF |
| 04/07/2005 | 16.0 | Pltff Grant Boyd's MOTION for Temporary Restraining Order |
| 04/07/2005 | 17.0 | SERVICE RETURNED (summons): vs. all defts, service made on April 02, 2005 (certified mail) (no green cards attached) |
| 04/07/2005 | 18.0 | Amended complaint by changing name of deft John Doe #1 to Richard Cardinal and deft John Doe #5 to Thomas Hannon |
| 04/26/2005 | 19.0 | DEFTS' ANSWER to COMPLAINT (claim of trial by jury reqstd) |
| 04/29/2005 | | Pleading, Pltff's motion to withdraw civil action, returned to Mary Boyd: This motion must be signed by your son, Grant Boyd |
| 05/02/2005 | 20.0 | Case REMOVED this date to US District Court of Massachusetts. Certified copies of all pleadings and docket entry sheet sent to Eugenia Carris, Esq |

**EVENTS**

A TRUE COPY ATTEST

*Frances R. Powers*

CLERK