FOR THE DISTRICT OF MASSACHUSETTS

C.A. No. 05-10873-RWZ

| | |
|---|---|
| GRANT BOYD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) |
| | ) |
| MIKE AUSTIN, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANTS' KATHLEEN DENNEHY, RHIANNA KOHL AND EDWARD O'DONNELL'S MOTION FOR SEPARATE AND FINAL JUDGMENT**

Now comes defendants, Kathleen Dennehy, Rhianna Kohl and Edward O'Donnell, in the above-entitled action, and hereby moves this Honorable Court to enter Separate and Final Judgment for defendants, Kathleen Dennehy, Rhianna Kohl and Edward O'Donnell.  Defendants make this request pursuant to Federal Rule of Civil Procedure 54 (b).  As grounds, the above-entitled defendants state that plaintiff has withdrawn his claims against them.  See Plaintiff's Motion to Amend the Complaint filed with this Court on May 12, 2005.  Plaintiff indicates in the motion that he has withdrawn suit against some defendants.  The amended complaint lists the parties in the action and the above-entitled defendants have been omitted.  Moreover, the amended complaint lacks any claims against any of the

above-entitled defendants, nor does it seek any claims for

relief against them.

WHEREFORE, defendants respectfully request that this

Honorable Court enter Separate and Final Judgment for

defendants Kathleen Dennehy, Rhianna Kohl and Edward

O'Donnell.


                              Respectfully submitted,

                              NANCY ANKERS WHITE
                              Special Assistant Attorney General


Date:  May 23, 2005      /s/Kevin Anahory
                         Kevin A. Anahory, Counsel
                         BBO #564002
                         Department of Correction
                         Legal Division
                         70 Franklin Street, Suite 600
                         Boston, MA 02110-1300
                         (617) 727-3300 x 125