## CERTIFICATE OF SERVICE

I, Kevin A. Anahory, hereby certify that on this date, I served a true copy of Kathleen Dennehy, Rhianna Kohl and Edward O'Donnell's Motion for Separate and Final Judgment by mailing the same first-class mail, postage prepaid to Grant Boyd, MCI-Cedar Junction, P.O. Box 100, South Walpole, MA 02071.

May 23, 2005                                                              /s/ Kevin A. Anahory