US FEDERAL Court
1 Court House Way
Boston MA 02210

FILED RE: Boyd v. Austin
CLERKS OFFICE     05-10873-RWZ

2005 MAY 26  P 12: 45

DISTRICT COURT
OF MASS

Dear Clerk:

Two weeks ago I was attempting to send you an Amended Complaint, Ex Parte Motion, Affidavit and Memorandum regarding the above case.

I sent my only copy as I was denied access to make copies of civil law suites by the DOC at Walpole.

Did you receive the above items, if so would you please send a copy back to my attention at PO Box 100, Block 4, S. Walpole MA 02071.

I am concerned that my motion was not received. Since my transfer my HIV has become ~~AIDS~~ AIDS, I am not getting the treatment needed, Cell Block conditions are damp and 54° (documented) and I fear for my health.

Please ADVISE ME when I may expect a decision and let me know if you actually received my mailing.

IF my motion for transfer is approved may you recomend a medical evaluation at Fort Devens?

Respectfully,

[signature] 5/24/05

Grant A. Boyd, Pro-Se
PO Box 100, Block 4
S. Walpole MA 02071