CLERK
US FEDERAL Court
1 Court House Way, 2300
Boston MA 02110

RE: Boyd v. Austin
    05 10873 - RWZ

DEAR CLERK:

My ADDRESS Change DiD not get Processed, As I Have not recieved Any Mailings from the Court.

Would you please Note My NEW ADDRESS AND SEND All filings on file to My ATTENTION AS I have No Copies for my file.

Grant Boyd A93192
MCI - Cedar Junction
PO Box 100, Block 4
S. Walpole MA 02071

Respectfully,
[signature]    5/26/05

Grant A. Boyd, Pro-se