Clerk
US FEDERAL Court
1 Courthouse Way, 2300
Boston MA 02110

RE: Boyd v. Austin
    05-10873-RWZ

Withdraw of Ex Parte
Motion for TRO and Transfer

The Plaintiff asks the court to withdraw his motion for TRO and Transfer from this action.

The Transfer has been filed in his Criminal Action and will be resolved by that court.

Please keep the Affidavit on File as Plaintiff's Exhibit toward evidence

Respectfully Submitted

[signature] 5/26/05

Grant A Boyd, Pro-Se
PO Box 100
S. Walpole MA 02071