Catherine Gaulik                     RE: CA 05-10873-RWZ
US District Court
1 Courthouse Way
Boston MA 02210                        FILED OFFICE  6/15/05

DEAR MS. Gaulik:

When I AMENDED my Complaint AND FILED
an EX PARTE Motion For Transfer I Also
Filed AN Address Change.

IT Has been ABout 6-8 WEEKS
And I have not received Any information
on my CASE, I Also Asked For A
Complete Copy of My CASE File
because many of my Filings were left at
Plymouth County And when I filed the
Amended Complaint with this Court I did
not Have Access to Copy Services so
I Have No Copies of my filings.

Can you Please ASSIST ME, what is
going on And can you make Sure My
Address is Correct.

Respectfully                         Grant Boyd A93192
                                     Po Box 100, Block 4
                                     S. Walpole MA 02071

Grant Boyd, Pro se