UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Boyd

    v.                                                        Civil Action
                                                            05-10873-RWZ

Austin, et al.


NOTICE TO ENLARGE TIME TO RESPOND TO USMS MOTION TO DISMISS


Plaintiff asks the court to enlarge the time allowed to respond to the US Marshal's Service Motion to Dismiss untill and including August 31, 2005.

This time is required to conduct legal research needed to respond to the Governments Motion. Plaintiff offers the attached Affidavit in support of this request.

                                               Respectfully Submitted,

                                               [signature] 7/5/05
                                             Grant A. Boyd, Pro-Se
                                             PO Box 100
                                             S. Walpole, MA 02071

CERTIFICATE OF SERVICE

I, Grant Boyd, certify that service of the above/ attached has been made by first-class mail on ___5___ day of __July__, 2005 upon.

Plymouth County Sheriff's Department Headquarters
   24 Long Pond Road, Plymouth, MA 02360

USMS - AUSA Eugina Carris
   Office of the US Attorney, 1 Courthouse Way, Boston, MA 02210

Commonwealth of Massachusetts, DOC Headquarters
   50 Maple Street, Suite 3, Milford, MA 01757

Grant Boyd, Pro Se
Po Box 100
S. Walpole MA 02071