UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Boyd

v.                                                          CA 05-10873-RWZ

Austin et al

NOTICE TO ENLARGE TIME TO RESPOND TO PCSD MOTION TO DISMISS

Plaintiff asks the court to enlarge the time allowed to respond to the Plymouth County Defendants Motion to Dismiss untill and including August 31, 2005.

This time is requred to conduct the research needed to answer this motion. The Plaintiff offers the attached affidavit in support of this request.

Respectfully Submitted,

7/5/05
Grant Boyd, Pro Se
PO Box 100
S. Walpole, MA 02071