UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GRANT BOYD
    Plaintiff

v.

Mike Austin et al.,
    Defendants

Civil Action:
05-10873-RWZ



AFFIDAVIT IN SUPPORT OF NOTICE TO ENLARGE

1. On June 12, 2005 Sgt Jeffery Padula Interior Security (IPS) conducted an inventory of Plaintiff's property including legal materals out of his presence.

2. On June 18, 2005 when the property was returned the legal work was all pulled out of its files and left unorganized.

3. After receiving the USMS Motion to Dismiss on June 27, 2005 I went to my legal work to prepare a response and noticed every related case cite missing from its folder and my cell.

4. I am in the process of trying to locate my legal work but assume that if it was taken it will not be returned.

I, Grant Boyd, declare the above to be true and correct.

_____ 7/5/05
Grant Boyd, Pro se
Po Box 100
S Walpole, MA 02071