Clerk
US Federal Court
1 Courthouse Way
Boston MA 02210

FILED
CLERKS OFFICE

2005 JUL -7 P 2:41

US DISTRICT COURT
DISTRICT OF MASS

RE: 10873-RWZ

Dear Clerk:

The DOC at Walpole is delaying and holding my legal mail: Inbound and Outbound.

Can you please note the file to send me a notice and copy of my filings as they are made. I will be happy to pay the cost.

Enclosed you will find Two (2) Notices to Enlarge & Affidavits.

Respectfully Submitted

[signature] 7/5/05

Grant Boyd
PO Box 100
S. Walpole MA 02071

Enc: Notice to Enlarge and Affidavit