CLERK

US [illegible]                               05-10873-RWZ

[illegible]

FILED
CLERKS OFFICE

2005 JUL -7  P 2:41

Dear Clerk:

US DISTRICT COURT
DISTRICT OF MASS

Would you please send me documentations
of [illegible] filings [illegible] to the
[illegible]

★ Also, would you please [illegible] send a
copy of all filings made by me to
the federal court regarding [case] 10873 RWZ

I did not have access to make copies of
my work and sent you the only copies I have.

Respectfully,

[signature]  6/29/05

[illegible name]
PO Box [illegible]
[illegible], NJ [illegible]