United States District Court
District of Massachusetts

Boyd

v                                                                ca: 05-10873-RWZ

Austin, et al

Motion for Defult Judgement and failure to deny

Plaintiff comes before the court to move for a defult judgement against the Plymouth County Defendants for failing to answer complaint within the enlarged time saught by said Defendants, which expired on June 27, 2005.

The Defendants at P.C.S.D are beyond 80 days from service and over 6 months from when the Assistant Deputy Superintendent was notified of the violations that were occuring and was asked for relief, no answer was received for that grievence, which was filed on or about January 18, 2005.  The Defendants have had ample time to respond to the alegations.

Plaintiff moves for the court to rule P.C.S.D Defendants' failure to answer the complaint as a failure to deny under Fed.R.Civ.P Rule 8(d) and issue a defult judgement under Fed.R.Civ.P Rule 55, against the Plymouth County Defendants.

Respectfully Submitted,

Grant A. Boyd, Pro-Se   6/29/05
PO Box 100 - Block 4
S. Walpole, MA 02071


I Certify that on 6/29/05 I served the within motion upon all parties as follows via 1st Class Mail:

Patrick C. Lee, General Counsel
P.C.S.D
24 Long Pond Rd
Plymouth, MA ~~02071~~ 02360

Eugenia M Carris, Asst. US Attorney
Office of the US Attorney
1 Courthouse Way
Boston, MA 02210                                                      6/29/05

Signed under the pain and penalties of perjury         Grant A Boyd, Pro-SE