Clerk.
US FEDERAL Court
1 Court House WAy
Boston Ma 02210

RE: 05-10873-RWZ

DEAr CLErk

I WAS reviewing the Docket from 6/30/05
AND Noticed several filings were not
on the Docket.

Most Notably WAS a Motion to
Compell the USMS to Conduct AN
inspection of MCI-CEDAr Junction
AND WAS Accompanied by An Affidavit
Signed by 12 InMATES iN Block y.

Do you HAVE this on File?

IS there A Phone # I CAN use
to CAll collect from Prison to the clerk's
office to Follow up with Filings?

Please Advise                    7/5/05

CrANt Boyd, Pra se

PO Box 100
S. WAlPolE,
Ma 02071

P.S. My Signature ⊘ is on the seal of the Envelope