UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GRANT BOYD,<br>    Plaintiff<br>v.<br><br>MIKE AUSTIN, Plymouth<br>County Sheriff's Department, et. al.<br>    Defendants | )<br>)<br>)<br>)<br>)<br>) CA05-10873 RWZ<br>)<br>)<br>)<br>) |

### Plymouth County Defendants' Motion in Opposition to Plaintiff's Motion for Default Judgment

  Now come the defendants in the above entitled action and oppose Plaintiff's motion for default judgment. Defendants did not fail to deny Plaintiff's complaint under Fed.R.Civ.P Rule 8(d).

  *IN SUPPORT* thereof, is the attached affidavit.

            Respectfully submitted,
            Plymouth County Defendants
            By their Attorneys:

            Isabel Eonas, Deputy General Counsel
            Plymouth County Sheriff's Department
            24 Long Pond Road
            Plymouth, MA  02360
            (508) 830-6287
            B.B.O. #634980

DATED: July 13, 2005