Clerk
US Federal Court
1 Courthouse Way
Boston MA 02210

RE: 05-10873-RWZ

On 8/11/05 I placed a court filing in the DOC mail system. Can you please send me a notice telling me if it was docketed?

The filing was Plaintiff's Motions and Supporting Memorandum in Opposition to Defendants Motion to Dismiss.

Previously the DOC has not processed my court filings and confirmation is needed so deadlines are not missed.

Respectfully

[signature]   8/15/05

Grant Boyd, Pro SE
PO Box 100
S. Walpole MA 02071