UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


GRANT BOYD

v.                                              CA: 05-10873-RWZ

MIKE AUSTIN, et al.,


PLAINTIFF'S MOTION IN OPPOSITION TO USMS MOTION TO DISMISS


The Plaintiff opposes the motion filed by the Defendants at the United States Marshal's Service (USMS) pursuent to FED.R.CIV.P 12(b)(1) and 12(b)(6).

The Plaintiff asks the court to deny the Defendants' motion and offers a memorandum in support of Plaintiff's opposition, which is attached.


Respectfully Submitted,

Grant Boyd, Pro Se    8/10/05
Po Box 100
S. Walpole, MA 02071