UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GRANT BOYD

v.                                      CA: 05-10873-RWZ

MIKE AUSTIN, et al.,


PLAINTIFF'S MOTION IN OPPOSITION TO PCSD MOTION TO DISMISS


The Plaintiff opposes the motions filed by the Defendants at Plymouth County Sheriff's Department pursuent to FED.R.CIV.P 12(b)(6) and 56(c).

The Plaintiff asks the court to deny the Defendants' motions and offers a memorandum in support of Plaintiff's opposition which is attached.


Respectfully Submitted,

*[signature]* 8/10/05
Grant Boyd, Pro Se
PO Box 100
S. Walpole, MA 02071