UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BOYD

v                                                CA: 05-10873-RWZ

Austin, et al.

PLAINTIFF'S MOTION FOR INJUNCTION

Plaintiff moves the court to issue an injunction, pursuent to FED.R.Civ.P 65(a), prohibiting the United States Marshal's Service or its Thrid Party Contractors from the opening of any legal mail out of the Plaintiffs presence, from interfering with or hindering any lawful communications with Plaintiff's lawyers, the courts or any governmental officer or agency unless authorized by the Court.

Plaintiff offers the attached affidavit in support of this motion.

Respectfully Submitted,

*/signature/* 8/24/05
Grant A. Boyd, Pro Se
PO Box 100
S. Walpole, MA 02071

CERTIFICATE OF SERVICE

I, Grant Boyd, Certify that on August 24, 2005, I servered the within Plaintiff's motion for injunction and supporting affadivat on all of the attornys representing the Defendants as well as the Department of Corrections Legal Division and the Commissioner of Corrections for Massachusetts, by mailing postage prepaid to:

US Department of Justice
Eugenia Carris, AUSA
1 Courthouse Way
Boston, MA 02210

Isabel Eonas, Deputy General Counsel
Plymouth County Sheriff's Department
24 Long Pond Rd
Plymouth MA 02360

Nancy White - DOC Legal Division
70 Franklin Street, Suite 600
Boston, MA 02110-1300

Kathleen Dennehy - DOC Commissioner
50 Maple Street, Suite 3
Milford MA 01757-3698


Signed under the pains and penalties of perjury,

_____     8/24/05
Grant Boyd Pro Se                    Date
PO Box 100
S. Walpole, MA 02071

AFFIDAVIT OF GRANT BOYD

The below events relate to Grant Boyd being denied access to his attorneys and to the courts by the staff at MCI Cedar Junction.

On 8/11/05 DOC Employee Nelson Alves received from me four (4) envelopes containing court filings and legal correspondances for my Attorney, the US Federal Court, US Attorney's Office and Plymouth County Sheriff's Department (see exhibit A & B) along with a purchase slip to cover postage on 4-14oz envelopes being mailed First Class. However, only one (1) envelope was actually mailed by MCI-Cedar Junction the remaining three (3) envelopes were not processed [see Exhibit C - receipt stating $3.85 charged for (Postage-Fed.CT/4 Env)]. $3.85 only covers one mailing at 14/oz.

Between 3/22/05 - 3/30/05 MCI-CJ Mail room would not process my indigent mail to the US Federal Court, US Marshals Service, my attorney or Plymouth County Superior Court, even though my account balance was zero (0). This issue was reported to the Supertindent of Walpole and the Commissioner of Corrections (see exhibit C & D) - no corrective action taken.

Between 4/11/05 - 5/5/05 MCI Staff refused to process my indigent mail, stating I was not indigent, yet I only had .48¢ in my account. They denied my mail to the US Federal Court and my attorney.

Between 3/22/05 - 4/4/05 DOC employees at MCI-CJ refused to provide me access to a phone or my phone account to call my attorney, they did activate my phone pin for one day on 03/29/05 but deactivated it after I attempted to send indigent (see Exhibit F)

mail to the USMS and my Attorney asking for a transfer and for assistance in dealing with retalitation issues that were occuring here at MCI related to CA: 05-10873-RWZ, my mail to the USMS was later returned opened and revealed that I was going to attempt calling to follow up with the mail.

On 4/6/05, after obtaining permission from MCI Superintendent to take a taped deposition for my criminal case, my attorney Stacey L Brown was denied access to the facility with a recorder.

Had this been an issolated incident the issue would never be raised, however there appears to be a pattern of harrassment aimed at interfering with my access to the courts and my attorney correspondances/ communication. These events caused me to terminate my civil action against the DOC in CA: 05-10873-RWZ in the hopes to ending the harrassment that was interfering with my ability to communicate with my attorney and prepare a defense. Given the above events I do not feel I can confidentially correspond with my attorney or the courts without MCI staff intercepting my legal mail. It is expected when legal mail is sealed and mailed it will not be opened or misdirected by prison officials.

I, Grant Boyd, certify under pain and penility of perjury that all of the above events are true and actually occured.

_____    8/24/00
Grant Boyd                Date

Grant Boyd A93192
PO Box 100
S Walpole, MA 02071

Exhibit A

August 10, 2005

United States Court House
Clerk - Civil
1 Courthouse Way
Boston, MA 02210

RE: Civil Action 05-10873-RWZ

Dear Clerk:

Enclosed you will find four (4) filings:

1. Plaintiff's motion in opposition to USMS motion to dismiss

2. Plaintiff's memorandum in support of Plaintiff's opposition to USMS motion to dismiss

3. Plaintiff's motion in opposition to PCSD motion to dismiss

4. Plaintiff's memorandum in support of Plaintiff's opposition to PCSD motion to dismiss

All items were mailed postage prepaid to each defendant, please find the attached Certificate of Service.

Could you please send me a copy of the Docket indicating that the filings were received and docketed.

Respectfully,

[signature] 8/10/05
Grant Boyd, Pro Se
PO Box 100
S. Walpole, MA 02071

CERTIFICATE OF SERVICE

I, Grant Boyd, certify that on this __10__ day of August 2005, I Servered the within Plaintiff's motion in opposition to both the PCSD and USMS motions to dismiss along with Plaintiff's Memorandum in Support for each motion in opposition, by mailing postage prepaid to:

US DEPARTMENT OF JUSTICE
EUGENIA M. CARRIS
ASSISTANT US ATTORNEY
JOHN JOSEPH MOAKLEY US COURTHOUSE
1 COURTHOUSE WAY
BOSTON, MA 02210

ISABEL EONAS, DEPUTY GENERAL COUNSEL
PLYMOUTH COUNTY SHERIFF'S DEPARTMENT
24 LONG POND ROAD
PLYMOUTH, MA 02360

Signed under the pains adn penalties of perjury,

_____     8/10/05
Grant Boyd, Pro Se            Date
PO Box 100
S. Walpole, MA 02071



NELSON ALVES
Notary Public
Commonwealth of Massachusetts
My Commission Expires Apr 21, 2011

8/11/05

Exhibit B

MCI CEDAR JUNCTION MAIL RECIEPT

I, GRANT A BOYD, INMATE # A93192, SSN 081600905, CERTIFY THAT I AM PLACING IN AN ENVELOPE ONE COPY OF THE FOLLOWING DOCUMENT(s):

1. Motion in opposition to Dismiss - USMS
2. Motion in opposition to Dismiss - PCSD
3. Including Memorandum in Support of Each
4. Cover Page
5. Cert of Service

AND HANDING THE ENVELOPE, WHICH IS ADDRESSED TO:

① US FED Court - Boston
② AUSA Carris - USMS
③ PCSO Isabel Enoas
④ Ron Richards

TO A DEPARTMENT OC CORRECTIONS STAFF MEMBER NAMED: Nelson Alves
TO BE MAILED THIS DAY 10 of August 2005.

_____   8/11/05
Grant A. Boyd              Date

NELSON ALVES
Notary Public
Commonwealth of Massachusetts
My Commission Expires Apr 21, 2011

8/11/05

Civil Case: 05-10873-RWZ
           BOYD v. AUSTIN

Exhibit

C

**COMMONWEALTH OF MASSACHUSETTS**
**DEPARTMENT OF CORRECTION**
MCI CEDAR JUNCTION

Date: 2005 0815 10:28:54     Inmate Receipt     Receipt # 5111867

| | |
|---|---|
| Institution: | MCI CEDAR JUNCTION |
| Unit: | BLOCK 4 |
| Block: | 3 |
| Commit #: | A93192 |
| Name: | BOYD, GRANT |
| Type Of Transaction: | IC - Transfer from Inmate to Club A/c |
| Date of Transaction: | 20050815 |
| Source: | |
| External Contact: | |
| Amount: | $ 3.85    *Only covers postage for 1 envelope* |
| Comments: | POSTAGE (FED.CT-4 ENV)    *3 did not get sent* |

Current Balances:

| Personal | Savings | Frozen | Sentence Fees | Restitution Fees | Loan Amount |
|---|---|---|---|---|---|
| 965.58 | .00 | .00 | .00 | .00 | .00 |

*Shows four (4) envelopes, each envelope was 14oz, the DOC only processed one (1) envelope and refused the others.*

Exhibit
D



The Commonwealth of Massachusetts
Executive Office of Public Safety

Department of Correction
Office of the Assistant Deputy Commissioner

**Mitt Romney**
Governor

**Kerry Healey**
Lieutenant Governor

**Edward A. Flynn**
Secretary

One Industries Drive, Bldg. A
P.O. Box 188
Norfolk, MA 02056
(508) 850-7732/7733   Fax (508) 850-1027
www.mass.gov/doc

**Kathleen M. Dennehy**
Commissioner

**James R. Bender**
Deputy Commissioner

**Timothy Hall**
Assistant Deputy Commissioner

May 3, 2005

Grant Boyd, A93192
MCI-Cedar Junction
P.O. Box 100
So. Walpole, MA 02071

Dear Mr. Boyd:

Your letter addressed to Commissioner Dennehy dated April 4, 2005 regarding your complaints that Superintendent Nolan and staff at MCI-Cedar Junction are blocking your access to courts has been referred to me for reply.

Be advised that the court has found you indigent for the purpose of filing fees in regard to Boyd v. Austin, et al PLCV2005-00310. However, the court did not find you indigent for mailing purposes.

According to the Treasurer at MCI-Cedar Junction, you do not fall under indigency status on the institutional level at this time. She notes that you received funds totaling one hundred dollars during the month of March. It is also noted that you expended over forty dollars of these funds on canteen items.

I trust this addressed your concern.

Sincerely,

Timothy Hall
Assistant Deputy Commissioner

cc. Kathleen M. Dennehy, Commissioner
    David Nolan, Superintendent, MCI-CJ
    Inmate File
    File

*Handwritten note, right side:* To: Court This has occured 4 times since 4/4 specifically with letters to the USMS and US Federal court. In addition to the above matter. Grant Boyd 5/8/05

*Handwritten note, bottom:* * Prior to 3/30 my account was ∅, this was when I attempted to mail indigent prior to 3/30.

Printed on Recycled Paper

Exhibit E

Copy

**Emergency Grievence**

TO: Superintendant Nolan

From: Grant Boyd A93192

CC: 4/2/05 to Attorney for my Company During a Visit

RE: Phone Access to Counsel being Denied

Date: 4/3/05

First let me start off by apologizing for this grievence on regular paper and not the grievence form. After repeatedly requesting one over several days none were provided.

Problem: Came to Walpole on 3/22 was denied access to my lawyer and medical treatment for HIV while in HSU. I was in isolation for 3 days.

As of 4/3/05 I still can not make calls, I am pre-trial and need access to my lawyer.

I have asked Nelson, Nelsons Boss, Sgt at IPS and on up. No one can make it work for me.

Larger Problem: On 3/22 at 4 am I was moved from P.C. at Plymouth to Walpole, after filing notes with Sheriff McDonald that I had filed a Law Suit against PCCF Civil Action PLCV2005-00310 in Superior court for Civil Rights Violations, only 13 hours

(OVER)

Received 4/5/05

3/25/05

To: Phone Officer

From: A93192 Grant Boyd B-4 cell 6
A93195

RE: PIN # 811594

At Booking the Sgt entered all my Phone #'s But they have not been approved. I have been here since Tuesday and no one knows where I am. Can you please assist me ~~and~~ and approve #'s & generate a PIN?

Thank you

Here's a copy of your phone list

RG 3/30/05

## Default Contract Code
## INMATE CALLING LIST
### MCI Cedar Jxn Walpole

| Acct. No. | Other ID | PIN | Name | Facility | Phone No. | Person at Phone | Relationship | Status | Allowed |
|---|---|---|---|---|---|---|---|---|---|
| A93195 | | 811596 | BOYD, GRANT | WALP | 3042434717 | DAVID BOYD | FATHER | A | Y |
| A93195 | | 811596 | BOYD, GRANT | WALP | 3042436005 | MARY BOYD | MOM | A | Y |
| A93195 | | 811596 | BOYD, GRANT | WALP | 6175361409 | PHIL FERRY | FRIEND | A | Y |
| A93195 | | 811596 | BOYD, GRANT | WALP | 5084872543 | MIKE CLIFFORD | FRIEND | A | Y |
| A93195 | | 811596 | BOYD, GRANT | WALP | 4014345180 | VIRGINIA GREENWOOD | FRIEND | A | Y |
| A93195 | | 811596 | BOYD, GRANT | WALP | 3104709916 | MARTY GODIN | ATTORNEY | A | Y |
| A93195 | | 811596 | BOYD, GRANT | WALP | 6177322107 | PETE HORSHMAN | ATTORNEY | A | Y |
| A93195 | | 811596 | BOYD, GRANT | WALP | 4012709665 | AJ MANEM | ATTORNEY | A | Y |
| A93195 | | 811596 | BOYD, GRANT | WALP | 6172620143 | STACEY BROWN | ATTORNEY | A | Y |

END OF DETAIL

2005/03/31  12:48:24                             Form: IN202WEB  Version: 1.000                             Page  3

Exhibit F

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM
#### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

| | | | | | |
|---|---|---|---|---|---|
| **Name** | BOYD GRANT | **Grievance#** 9533 | **Institution** | MCI CEDAR JUNCTION | |
| **Commit No.** | A93192 | **Housing** BLOCK 4 | **Date Of Incident** 20050322 | **Date Of Grievance** | 20050403 |

**Complaint** This was the only thing I had to write a grievance on, no forms after repeated requests. Since 3.22, I have had no telephone access. My pin number is and has not, but for 1 day, been working.

Everyone I talk with says no problem but it still does not work. Nelson and Nelson's boss, IPS Sgt. and Lt, and hallway Lt. Can you please assist whoever handles the phone system with giving me access to an outside line to call my lawyer.

**Remedy Requested**

**Staff Recipient** Sullivan Daniel   CO II

**Staff Involved**

**Signature**

### RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**Date Received** 20050403   **Decision Date**

**Signature**

**Final Decision**

**Decision**

**Signature**                                                                 **Date**

Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.

### INMATE RECEIPT

| | | | | |
|---|---|---|---|---|
| **Name** | BOYD GRANT | | **Institution** | MCI CEDAR JUNCTION |
| **Commit No.** | A93192 | **Grievance#** 9533 | **Date Received** | 20050403 |
| **Signature** | Sullivan Daniel   CO II | | | |