September 13, 2005

US Federal Court
1 Courthouse Way
Boston, MA 02210

RE:   CA: 05-10873-RWZ

Dear Clerk:

Would you please send me a copy of the Docket for the above case? The DOC failed to process my first mailing to the Federal Court which contained Plaintiff's motions in oppossition to Defendants' motion to dismiss, which was mailed on 8/11/05. As a result, on 8/24/05 (see enclosed) I re-mailed the filings that were not processed and need confirmation that they were indeed receive

In the event that the 8/24/05 mailing was not received I have enclosed a proof of mailing receipt notarized by the DOC Case Worker Nelson Alves.

I look forward to your reply.

Respectfully,

[signature] 9/13/05

Grant Boyd, Pro Se
PO Box 100, block 4
S. Walpole, MA 02071

I Grant Boyd A93192 on August 24 2005 gave 6 Envelopes to DOC Employee Nelson Alv[es] along with a purchase slip to cover 1st class p[os]tage to be mailed to the following addresses:

1. US Federal Court - Boston
2. US Attorney's Office - Boston
3. Attorney Ron Richards
4. Plymouth County Sheriffs Department
5. DOC Legal - Nancy White
6. DOC Commissioner

Containing filings related to my Civil Action CA 05 9873-RWZ and my Criminal Case.

1. Plaintiffs motions in opposition to Defendants Motion to Dismiss CA:05-10873-RWZ and Supporting Memorandum
2. Certificate of Service
3. Motion for injunction and Supporting Affidavit
4. Confidential attorney correspondence to Ron [Richar]ds

I certify under pain and penalty of perjury [the] above is true and complete.

Grant [Boyd]    8/24/05

Notarized by:

Nelson Alves    8/24/05

August 10, 2005

United States Court House
Clerk - Civil
1 Courthouse Way
Boston, MA 02210

RE:  Civil Action 05-10873-RWZ

Dear Clerk:

Enclosed you will find four (4) filings:

1. Plaintiff's motion in opposition to USMS motion to di   iss

2. Plaintiff's memorandum in support of Plaintiff's oppo   tion to USMS motion to dismiss

3. Plaintiff's motion in opposition to PCSD motion to di   iss

4. Plaintiff's memorandum in support of Plaintiff's oppo   tion to PCSD motion to dismiss

All items were mailed postage prepaid to each defendant, pleas find the attached Certificate of Service.

Could you please send me a copy of the Docket indicating that   e filings were received and docketed.

Respectfully,

[signature] 8/10/05

Grant Boyd, Pro Se
PO Box 100
S. Walpole, MA 02071

This is a copy  =
The orriginal Filing   nt
on 8/11/05 Which was   ut
Processed By DOC Mai room
see enclosed motion and    pporting
Affidavit Exhibit A, B, C.   is you
Can see DOC Did in Fact     otarize
a receipt stating they t   c the
mailing to be processed  The
Plaintiff asks the Court   o
Accept these copies as t
orriginals are lost.

[signature] 8/5/05

1 of 3

CERTIFICATE OF SERVICE

I, Grant Boyd, certify that on this __10__ day of August 2005, :
Servered the within Plaintiff's motion in opposition to both tl
PCSD and USMS motions to dismiss along with Plaintiff's
Memorandum in Support for each motion in opposition, by
mailing postage prepaid to:

US DEPARTMENT OF JUSTICE
EUGENIA M. CARRIS
ASSISTANT US ATTORNEY
JOHN JOSEPH MOAKLEY US COURTHOUSE
1 COURTHOUSE WAY
BOSTON, MA 02210

ISABEL EONAS, DEPUTY GENERAL COUNSEL
PLYMOUTH COUNTY SHERIFF'S DEPARTMENT
24 LONG POND ROAD
PLYMOUTH, MA 02360


Signed under the pains adn penalties of perjury,

_____     8/10/05
Grant Boyd, Pro Se           Date
PO Box 100
S. Walpole, MA 02071

NELSON ALVES
Notary Public
Commonwealth of Massachu:
My Commission Expires Apr 21,

8/11/05

2 of 3

MCI CEDAR JUNCTION MAIL RECIEPT

I, GRANT A BOYD, INMATE # A93192, SSN 081600905, CERTIFY THAT I 1
PLACING IN AN ENVELOPE ONE COPY OF THE FOLLOWING DOCUMENT(s):

1. Motion in opposition to Dismiss - USMS
2. Motion in opposition to Dismiss - PCSD
3. Including Memorandum in Support of Each
4. Cover Page
5. Cert of Service

AND HANDING THE ENVELOPE, WHICH IS ADDRESSED TO:

① US FED Court - Boston
② AUSA Carris
③ PCSO Isabel Enoas
④ Ron Richards

TO A DEPARTMENT OC CORRECTIONS STAFF MEMBER NAMED: Nelson Alves

TO BE MAILED THIS DAY 10 of August 2005.

_____   8/11/05
Grant A Boyd               Date

Civil Case: 05-10873-RWZ
            BOYD v. AUSTIN

[Notary stamp: NELSON ALVES, Notary Public, Commonwealth of Massachusetts, My Commission Expires 2011]
8/11/05