US Federal Court
1 Courthouse Way
Boston, MA 02210

RE: Boyd v. Austin
    05-10873-RWZ

Dear Clerk:

Would you please send me a blank subpoena for use in the above referenced case to be used for production of documents and materials.

Respectfully Submitted

 12/26/05

Grant Boyd, Pro-Se
MCI - Cedar Junction
PO Box 100, Block B4
S. Walpole MA 02071