US Federal Court
District of Massachusetts

Grant Boyd

v.                                    05-10873-RWZ

Mike Austin et al

Affidavit in Support of
Injunction filed as Docket No. 39

On 12/28/05 two (2) mail items sent by me were returned as "Refused" by MCI Cedar Junction mail room, both letters were postage paid and marked as special/legal mail and clearly addressed to:

① US Marshals Service - General Counsel Dated 12/19/05 (see Exhibit A - Notarized Mail Receipt and Exhibit B - Purchase Slip)

② Attorney Stacey L. Brown dated 12/27/05

The reason given on an unsigned note was that my letters were sealed with adhesive strips. (See Exhibit C)

(pg 1 of 3)

Exhibit A

I, GRANT Boyd, INMATE #A93192, CERTIFY that I AM Giving A DOC Employee AN ENVELOPE CONTAINING A FOI REQUEST ADDRESSED to the US MARSHALS SERVICE, OFFICE OF GENERAL COUNSEL, CS-3, 12th Floor, WASHINGTON DC 20530-1000 to be MAILED ON the DATE Below. The DOC Employee is NOTARIZING this CERTIFICATION AND taking the letter to be MAILED, AFTER METERING POSTAGE APPLIED.

_____     12/19/05
Grant Boyd A93192              DATE

ALSO SENT ON 12/19/05 FOI REQUEST TO MASS DOC Legal Div, 70 Franklin St, Boston, MA 02110-1300.



CHERYL A. MAHER
Notary Public
Commonwealth of Massachusetts
My Commission Expires Feb 27, 2009

12.19.05

**MASSACHUSETTS JURAT**  Gov. Exec. Ord. #455 (03-13), §5(e)

Commonwealth of Massachusetts  
County of Norfolk } ss.

On this the 19 day of December, 2005, before me, Cheryl A Maher, the undersigned Notary Public,  
Name of Notary Public

personally appeared Grant Boyd  
Name(s) of Signer(s)

proved to me through satisfactory evidence of identity, which was/were  
Self/id  
Description of Evidence of Identity

to be the person(s) whose name(s) was/were signed on the preceding or attached document in my presence, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his/her/their knowledge and belief.

[Signature]  
Signature of Notary Public

Cheryl A. Maher  
Printed Name of Notary

My Commission Expires 2.27.09

[Seal: CHERYL A. MAHER, Notary Public, Commonwealth of Massachusetts, My Commission Expires Feb 27, 2009]

Place Notary Seal and/or Any Stamp Above

───────────── OPTIONAL ─────────────

*Although the information in this section is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: Cert. of Service

Document Date: 12.19.05   Number of Pages: 1

Signer(s) Other Than Named Above: N/A

Right Thumbprint of Signer  
Top of thumb here

© 2004 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org  
Item No. 5952   Reorder: Call Toll-Free 1-800 US NOTARY (1-800-876-6827)

Exhibit B

MCI-WALPOLE
PURCHASE SLIP

Date: 12/19/05

Amount: $

Payable To: MCI

~~REFUSED~~

For: Postage for LTR to USMS 1st Class

Name: Grant Boyd A95192

Approval: Unit Mgr. [signature]

Block: 64

Exhibit C



DIARY AND WORK RECORD
FRIDAY 5 APRIL, 2002 — 95th Day — 14th Week

PKG / LETTER REFUSED

(4) The GRN (CARD) ADHESIVE STRIPS ARE NOT FOR SEALING ENVELOPES. ANY ENVELOPE ARRIVING WITH AD. STRIPS WILL BE RETURNED. THE LAW LIBRARY HAS BEEN INFORMED TO GIVE YOU NO GRN CARDS

Exhibit D



164 Springdale Avenue
Wheeling, WV 26003
April 25, 2005


Mr. Adam Baler, Clerk
Plymouth County Superior Court
Court Street
Plymouth, MA 02360

RE: Grant Boyd
    PLCV 2005-00310 Motion to Withdraw Civil Action

Dear Mr. Baler:

My son, Grant Boyd, called me from MCI Walpole Sunday, April 24, 2005, and asked me to submit this motion for him on his behalf. He is unable to send out mail.

Thank you.

*Mary Elizabeth Boyd 4/25/05*
Mary Elizabeth Boyd

Enclosure: Letter requesting motion to withdraw civil action

164 Springdale Avenue
Wheeling, WV  26003
April 25, 2005

Mr. Adam Baler, Clerk
Plymouth County Superior Court
Court Street
Plymouth, MA  02360

RE:  PLCV 2005-00310
     Motion to Withdraw Civil Action

Dear Mr. Baler:

I, the plaintiff, hereby plead with the Court to withdraw the above-mentioned civil action.

I have been denied access by MCI Walpole to my criminal attorney for nineteen (19) days, where he is now unable to assist me on a 427 hearing in Federal Court.

My personal attorney was prevented from taking a taped deposition for my criminal attorney.

My legal mail is not being processed and I have little access to the law library.

I fear if I do not withdraw my civil action against the defendant it will cause irreparable harm to my criminal case and my safety until I am moved out of MCI Walpole and away from the control of the defendant.

FOR GRANT BOYD

*Mary Elizabeth Boyd 4/25/05*
Mary Elizabeth Boyd
164 Springdale Avenue
Wheeling, WV  26003
(304) 243-4717

Grant Boyd
P. O. Box 100
South Walpole, MA  02071

Enclosure:  Note of explanation from Mary Elizabeth Boyd

**Commonwealth of Massachusetts**
**Plymouth County Superior Court**
Courthouse
Court Street
Plymouth, MA 02360

CIVIL DOCKET# **PLCV2005-00310**

RE: **Boyd v Austin et al**

TO: Mary Boyd
164 Springdale Avenue
Wheeling, WV 26003

## NOTICE OF RETURNED PLEADING

The attached paper was not accepted for entry on the docket of the above referenced case and is being returned for the reason stated below:

**Pleading, Pltff's motion to withdraw civil action, returned to Mary Boyd: This motion must be signed by your son, Grant Boyd**

Dated at Plymouth, Massachusetts this 3rd day of May, 2005.

Francis R. Powers,
Clerk of the Courts

cvdreturnpl_2.wpd 456145 returnpl dormanmi

CERTIFICATE OF SERVICE

I, Grant Boyd certify that on **DEC 30 2005**, I served the within Plaintiff's Affidavit in Support of Injunction Docket No 39 on All the Attorneys representing the Defendants as well as the others listed below, by mailing postage prepaid to:

① Eugenia Carris, US Attorney's Office
   1 Courthouse Way, Boston 02110

② Isabel Eonas, PCSD Counsel
   24 Longpond Rd, Plymouth MA 02360

③ Kathleen Dennehy - DOC Commissioner
   170 Franklin Street, Boston 02110

④ Gerald M. Auerbach, General Counsel
   DOJ - USMS, Washington DC 20530-1000
   ☆ Also a copy of Injunction Docket No 39

Signed under the Pains and Penalties of Perjury,

_____   12/30/05
Grant Boyd, Pro-se            DATE
PO Box 100
S. Walpole MA 02071