UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GRANT BOYD, ) | |
|         Plaintiff ) | |
| v. ) | |
| ) | CA05-10873 RWZ |
| MIKE AUSTIN, Plymouth ) | |
| County Sheriff's Department, et. al. ) | |
|         Defendants ) | |

NOTICE OF APPEARANCE

Please enter my appearance on behalf of Plymouth County Defendants and Plymouth County Sheriff's Department.

Plymouth County Defendants and
Plymouth County Sheriff's Department,
By their attorney:

/s/ Isabel Eonas

Attorney Isabel Eonas
Plymouth County Sheriff's Department
24 Long Pond Road
Plymouth, MA  02360
508-830-6287
BBO #639870

DATED:  March 20, 2006