Clerk
US Federal Court
1 Courthouse Way
Boston MA 02210

FILED
IN CLERKS OFFICE

2006 MAR 20 P 12: 23

U.S. DISTRICT COURT
DISTRICT OF MASS.

RE  05-10873-RWZ

As of March 17, 2006 I have not received any notices from the Court, relating to the Court's Decisions in the above case.

Would you please send any decisions that have been filed since November 15, 2005. Please send them certified, along with a note to letting me know if and when I was sent court notices prior to the date on this letter.

Also, if any decisions were filed by the court or motions by the defendants relating to any decision, would you please ask the court to enlarge the time I have to respond to any such filings until May 15, 2006 since I have not yet received any such mailings.

Respectfully Submitted,

[signature] 3/16/06

Grant Boyd, Pro-SE
PO Box 100
S. Walpole MA 02071