United States District Court
District of Massachusetts

Grant Boyd

v.

Austin, et al

CA: 05-10873-RWZ

FILED
IN CLERKS OFFICE
2006 MAR 23 P 1: 15
U.S. DISTRICT COURT
DISTRICT OF MASS.

Motion to Enlarge time Allowed to File Plaintiffs Notice of Appeal

The Plaintiff, Pursuant to FRAP § 4(a)(5), moves the Court to Enlarge the time Allowed to File Plaintiff's Notice of Appeal by 30 Days, For good cause.

The Plaintiff was not notified of the Courts order entered on March 3 2006, Untill March 21, 2006 Almost 3 Full Weeks after the Courts order was entered.

Respectfully Submitted,

[signature] 3/22/06

Grant Boyd, Pro-Se
MCI - Cedar Junction
PO Box 100
S. Walpole MA 02071