United States District Court
District of Massachusetts

FILED
IN CLERKS OFFICE

Grant Boyd

2006 MAR 30 A 11: 20

U.S. DISTRICT COURT
DISTRICT OF MASS

v.

05-10873-RWZ

Mike Austin et al

Plaintiff's motion in opposition to
PCCF Defendants Second Motion to Dismiss

The Plaintiff moves the court to deny the PCCF Defendants' motion to dismiss or in the alternative to dismiss without prejudice so that the Plaintiff my file an amended or a revised complaint that will correct any fatal flaws.

In support there of the Plaintiff has enclosed a memorandum in support of Plaintiff's Opposition.

Respectfully Submitted,

3/28/06

Grant Boyd, Pro-se
PO Box 100
S. Walpole MA 02071

# CERTIFICATE OF SERVICE

I, Grant Boyd, certify that on this 28th day of March 2006 I served the within Plaintiff's Motion in Opposition to Defendants motion to dismiss together with memorandum in support, by mailing postage prepaid to:

Isabel Eonis, Deputy Counsel
PCSD
24 Long Pond Rd
Plymouth MA 02360

Signed under the pains and penalties of perjury,

*[signature]*

Grant Boyd, Pro Se
PO Box 100
S. Walpole MA 02071