US District Court
District of Massachusetts

Grant Boyd

v.

Mike Keohane, et al.

FILED
IN CLERKS OFFICE

2006 APR -4  A 11: 27

U.S. DISTRICT COURT    CA: 05-10873-RWZ
DISTRICT OF MASS

Notice to Withdraw Plaintiff's
Request for Extended Time

Now comes the Plaintiff to move the court to withdraw Plaintiff's request for extended time to file notice of appeal. At this time Plaintiff does not plan an Appeal on the Courts order entered on March 3, 2006.

Respectfully Submitted

[signature] 4/1/06

Grant Boyd, Pro Se
PO Box 100
S. Walpole, MA 02071