US FEDERAL Court
1 Courthouse Way
Boston MA 02210

FILED 5/16/06
IN CLERKS OFFICE
2006 MAY 18 P 12:28
U.S. DISTRICT COURT
DISTRICT OF MASS

RE: Grant Boyd v. Mike Austin
    05-10873-RWZ

Dear Clerk:

I Am Following up with this letter to find out if my filing was received and docketed, Plaintiff's memo in opposition to PCSD 2nd Motion to dismiss.

I Do not have Access to Electronic filing and have not always received notices from the court. Would you please send me a copy of the docket and any court notices filed after the Defendants 2nd Motion to Dismiss.

Respectfully,

Grant Boyd, pro se
Grant Boyd A93152
P.O. Box 100
S Walpole MA 02071