District Judge RyA Zobel
US Federal Court
1 Courthouse Way
Boston MA 02210

RE: Grant Boyd v. Mike Hustis
    05-10873-RWZ

The Plaintiff pleads with the Court to Appoint Counsel to Represent him in the Above case Pursuant to 28 USC § 1915(e)(.).

Respectfully Submitted,

8/1/06

Grant Boyd W93192
PO Box 100
S. Walpole ma 02071