August 2, 2006

Isabel Eonas, Counsel
PCSD
24 Long Pond Rd
Plymouth MA 02360

RE: 05-10873-RWZ
    Boyd v. Austin, discovery request

Dear Ms. Eonas:

    Would you please send me a true test ~~copy~~ COPY of any and all business records related to the Plaintiff's transportation to and from your facility that took place between January 3, 2005 and March 23, 2005, along with a copy of all grievances filed by the plaintiff and a copy of all correspondances received from the plaintiff between those dates. Additionally, please include a complete copy of the intergovernmental services agreement with the US Marshal's Service (most recent) and any written procedures that govern the transportation of Federal Detainees.

    All of the above requested documents directly relate to the plaintiff's surviving claim and are requested pursuant to F.R.Civ.P. 26. And 26(d)

Respectfully,

8/2/06

Grant Boyd, Pro-Se, A93192
PO Box 100
S. Walpole, MA 02071

cc. US Federal Court Clerk - RWZ