August 16, 2006

Clerk
US Federal Court
1 Courthouse Way
Boston MA 02210

RE: Boyd v. Austin
    05-10873-RWZ

Dear Clerk:

Enclosed you will find requests for 3rd party discovery, I am not sure if this needs to be ordered by the court or if you can send me blank subpenas to be filled out and served by me on the 3rd party.

Also, I had requested that the court order the USMS to bring me to court today for the conference but was not taken. Please advise the court that I tried to attend but was not transported.

Respectfully Submitted,

Grant Boyd, Pro-se
PO Box 100
S. Walpole MA 02071

Enc: 3rd party discovery requests

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GRANT BOYD
        plaintiff

v.                                Subpoena to produce documents
                                       and communications
Mike Austin, et. al.           Civil Case 05-10873-RWZ
        defendants

    The Plaintiff, Grant Boyd, commands the United States Marshals Service to provide copies of all documents, logs and communications relating to the plaintiff's confinement, detention and transportation that are in the possession, custody or control of the US Marshals Service on or before September 10, 2006 and delivered to the plaintiff at MCI Cedar Junction, PO Box 100, S. Walpole, MA 02071.

    The requested items are all related to the above entitled case and are needed to investigate the scope, involvement and approvals that were given by officials responsible for the plaintiff's confinement.

                                                    Respectfully, 8/16/06
                                                    Grant Boyd, Pro-Se
                                                    PO Box 100
                                                    S. Walpole, MA 02071

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Grant Boyd
    plaintiff

Subpoena to Produce Documents
Civil Case 05-10873-RWZ

Mike Austin, et. al.
    defendant

The plaintiff, Grant Boyd, commands the Commissioner of Corrections, Kathleen Dennehey, to produce and permit inspection and copying of designated books, documents, communications or tangible things in the possession, custody or control of the Commissioner of Corrections relating specifically to the plaintiff, including but not limited to:

1. Log Book or daily log or computer records from 3/21/05 through 3/25/05

2. Transportation records or documents

3. Complete DOC inmate file

4. Transportation officer's log, reports, documents or communications from 3/22/05 (c/o Leblank and c/o O'hearn)

No later then September 10, 2006 at MCI Cedar Junction "Walpole"

Respectfully,  8/16/06

Grant Boyd, Pro-Se
MCI Cedar Junction
PO Box 100
S. Walpole, MA 02071