August 31, 2006

Honorable Judge Rya Zobel
1 Courthouse Way
Boston MA 02210

RE: Grant Boyd v. Mike Austin
    05-10873-RWZ

Dear Judge Zobel:

   The defendants have scheduled a deposition to be taken from the plaintiff in violation of Local Rule 30(a)(2), and I object to having to give a deposition unless the Court so orders it and applies limitations to the types and forms of questions the defendants would be able to ask given the pre-trial status of my Criminal Case pending in Federal Court (05-10037-GAO).

   Additionally, since the Court limited the plaintiff's claim to events occuring before the plaintiffs arrival at MCI Cedar Junction any items the defendants wish to discover should be contained in their business records, especially in light of the fact that I had no control over my transfer or transportation to US Federal Court or MCI Cedar Junction.

                                        Respectfully Submitted,

                                        [signature] 8/31/06
                                        Grant Boyd, Pro-Se
                                        PO Box 100
                                        S. Walpole, MA 02071

                        CERTIFICATE OF SERVICE

   I, Grant Boyd, certify that on this 31st day of August, 2006 I served the within objection to the taking of a deposition upon the defendants by mailing, postage prepaid to: Isabel Eonas, P.C.S.D., 24 Long Pond Road, Plymouth, MA 02360.

Signed under the pains and penalties of perjury.

                                        _____
                                        Grant Boyd, Pro-Se