August 31, 2006

Isabel Eonas
P.C.S.D.
24 Long Pond Rd
Plymouth, MA 02360

RE: Boyd v. Austin
    05-10873-RWZ

Dear Ms. Eonas:

   Thank you for the discovery materials.

   Would you please send me discovery materials and other items that would usually be produced pursuant to F.R.Civ.P. 26(a)(1) "initial disclosures." Additionally, would you provide me copies of every written communication between any P.C.S.D. employee and any employee of the USMS or the Massachusetts DOC that contain any reference to Grant Boyd, also please include any notes, logs or documents that reference Grant Boyd that originated from any verbal communications between the parties listed above.

                                        Respectfully Requested,

                                        Grant Boyd, Pro-Se
                                        PO Box 100
                                        S. Walpole, MA 02071

cc.: US Federal Court Clerk - RWZ