UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
                                   )
GRANT BOYD,                        )
              Plaintiff            )
v.                                 )
                                   )   CA05-10873 RWZ
Mike Austin, et. al.               )
              Defendants           )
_____)
```

**DEFENDANTS' MOTION FOR LEAVE TO DEPOSE PLAINTIFF**

*NOW COME* the Defendants in the above-entitled action and move this Honorable Court for leave to depose Plaintiff a person confined in prison pursuant to Fed.R.Civ.P. 30(a).

*IN SUPPORT* thereof, is the attached affidavit of Counsel.

        Respectfully submitted,
        Plymouth County Defendants
        By their Attorneys:


        /s/IsabelEonas
        _____
        Isabel Eonas, Deputy General Counsel
        Plymouth County Sheriff's Department
        24 Long Pond Road
        Plymouth, MA  02360
        (508) 830-6278
DATED:  September 7, 2006    B.B.O. #639870

**CERTIFICATE OF SERVICE**

I, Isabel Eonas, certify that on this 7th day of September, 2006 I served the within Defendants' Motion to Depose together with Affidavit of Counsel, by mailing postage prepaid to:


Grant Boyd, pro se,
MCI-Walpole-Block 4, P.O. Box 100, S. Walpole, MA 02071.


Signed under the pains and penalties of perjury,


/s/Isabel Eonas_____
Isabel Eonas
Deputy General Counsel
Plymouth County Sheriff's Department

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Grant Boyd,        Plaintiff ) | |
| ) | |
| v.                              ) | CA05-10873 RWZ |
| ) | |
| Mike Austin, et. al.       ) | |
|             Defendants ) | |

### AFFIDAVIT OF COUNSEL

Now comes the affiant, on oath, deposes and says:

1. I am the Deputy General Counsel at the Plymouth County Sheriff's Department. I represent the Defendants in the above captioned matter.

2. Plaintiff is a federal inmate confined to MCI Cedar Junction.

3. At a scheduling conference on the above captioned matter, held on August 22, 2006, I advised the Court of my intention to Depose Plaintiff prior to December, 2007. Plaintiff did not object at that time.

4. I have made arrangements to depose Plaintiff on October 6, 2006 at MCI Cedar Junction.

5. My intention is to depose Plaintiff within the limitations of Fed. R.Civ.P. 26(b)(2).

6. Plaintiff objected to the scheduling of the deposition in a letter to me dated August 31, 2006.

7. As such, I am requesting leave of the Court Pursuant to Fed.R.Civ.P. 30(a)(2).

Signed under the pains and penalties of perjury this 7th day of September, 2006.

Isabel Eonas, Esq.