September 19, 2006

US Federal Court
1 Courthouse Way
Boston, MA 02210



RE: Grant Boyd v. Mike Austin
05-10873-RWZ

Dear Clerk:

The process service for the US Marshals Service (Cert. Mail receipt 7004 2890 0003 8144 5999) noted with the Court earlier this month was refused by DOC Officials (Exhibit A) and was then remailed via First Class Postage pre-paid as well as First Class Certified Postage Pre-paid (Mail Receipt No. 7004 2890 0003 8144 5890) mailed on September 7, 2007 from MCI Cedar Junction. (Exhibit B)

Please file this notice with the Court as needed.

Respectfully Submitted,

Grant Boyd, Pro-Se
PO Box 100
S. Walpole, MA 02071

Encl.

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM
#### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

| | | | | | | |
|---|---|---|---|---|---|---|
| **Name** | BOYD GRANT | **Grievance#** | 21081 | **Institution** | MCI CEDAR JUNCTION | |
| **Commit No.** | A93192 | **Housing** | BLOCK 4 | **Date Of Incident** | 20060907 | **Date Of Grievance** 20060907 |

**Complaint** On 9/6/06 I mailed a postage pre paid certified leter to the US Marshals service, containing $3.12 in stamps. Certified mail does not cost more than $2.73 which allowed .39 leftover for postage yet mail officer refused to process the letter

**Remedy Requested** Formal investigation & report on incident

**Staff Recipient** Stork Robert E  CO I

**Staff Involved**

**Signature**

---

### RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**Date Received** 20060908    **Decision Date** 20060913

**Signature** Stork Robert E  CO I

**Final Decision** DENIED

**Decision** This grievance is denied as you informed this office that the matter had been resolved.

**Signature** *[signed] Robert Stork*    **Date** 9-13-06

Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.

---

### INMATE RECEIPT

| | | | | |
|---|---|---|---|---|
| **Name** | BOYD GRANT | | **Institution** | MCI CEDAR JUNCTION |
| **Commit No.** | A93192 | **Grievance#** 21081 | **Date Received** | 20060908 |

**Signature** Stork Robert E  CO I

*The Attached envelope was Refused by DOC officials.*

Exhibit A

Enclosure

I, Grant Boyd, certify under the pain and penality of perjury that the below list of items were mailed to the below listed individuals by postage pre-paid first class mail on __19__ day of __September__ month of 2006.

1. _Motion to Compell discovery_

2. _____

3. _____

4. _____

Mailed to:

1. Isabel Eonas, PCSD, 24 Long Pond Rd., Plymouth, MA 02360

2. DOC Legal STAFF Sheryl Mayer, MCI Cedar Junction, PO Box 100

3. S. Walpole, MA 02071

Signed under the pain and penality of perjury.

_____     9/19/06
Grant Boyd, Pro-Se            Date