September 26, 2006

Isabel Eonas
P.C.S.D.
24 Long Pond Rd.
Plymouth, MA 02360

Re: Grant Boyd v. Mike Austin
    05-10873-RWZ



FILED
CLERKS OFFICE

2006 OCT -2 P 3: 16

U.S. DISTRICT COURT
DISTRICT OF MASS

Dear Ms. Eonas:

    I received your response to my objection to allow your deposition absent a Court order limiting your scope. As you know you must obtain a leave from the Court to take a deposition from an inmate.

    To avoid taking up the Court's time I will agree to allow your deposition, providing you allow me to refuse to answer any question I feel might be harmful to my pending criminal case or which might not be relevant to the surviving claim and which you cannnot properly build a foundation for needing to know.

    Please let me know.

Respectfully,

Grant Boyd, A93192
Pro-Se
PO Box 100
S. Walpole, MA 02071

cc. US Federal Court
    05-10873-RWZ