US District Court
District of Massachusetts

Grant Boyd

v

Mike Austin, et al

Civil Case No
05-10873-RWZ

*Plaintiff's motion to hold USMS in Contempt and to order Compliance*

The Plaintiff moves the Court to issue a Contempt order, pursuant to F.R.Civ.P. 45(e), against the US Marshals Service and Chief Deputy William Fallon of the USMS Boston office for failing to respond to Plaintiff's Subpoena for document production, and moves the Court to order the USMS to comply with Plaintiff's Subpoena.

Plaintiff's Affidavit in Support is Attached.

Respectfully Submitted,

[signature] 10/5/06

Grant Boyd, Pro-SE
PO Box 100
S. Walpole MA 02071

Enclosure

(Page 1 of 1)