US District Court

District of Massachusetts

...ERKS OFFICE.

Grant Boyd

2006 OCT 10 P 4:32

U.S. DISTRICT COURT      Civil Action No.
DISTRICT OF MASS

V.                                    05-10873-RWZ

Mike Austin, et al

I. Plaintiff's Affidavit in Support of
Plaintiff's Motion to hold USMS in
Contempt and to order Compliance

I, Grant Boyd, declare the Following to be
true and complete:

A) On September 6, 2006 I did serve upon
the US Marshals Service c/o Chief Deputy
William Fallon of 1 Courthouse Way, Boston
MA 02210 a Subpoena For documents and
did So in Compliance With F.R.Civ.P. 45(b).
Proof of Service was Sent to the Court
On September 6, 2006.

B) The mail officer at MCI Cedar Junction
refused to Process Postage Pre-Paid Certified
First Class mail Containing the Subpoena
Noted Above in MA. As was Noted With
the Court on September 19, 2006.

(1 of 2)

C) On September 6, 2006 Plaintiff Again Sened
Upon the USMS c/o William Fallon the Subpoena
Noted Above in # A via Postage pre-paid First
Class mail as well as Postage pre-paid
Certified First Class mail (USPS Certified
Receipt No 7004 2890 0003 8144 5890) As was
Noted With the Court on September 19, 2006.

D) As of October 4, 2006 the Plaintiff
has not received a response to the
Subpoena Which was origionally due on
September 21, 2006.

Signed Under the Pain and Penality or Perjury.



Grant Boyd, Pro-se          10/5/06
                            Date


RE: Affidavit in Support Contempt order
   05-10873-RWZ   Boyd v Austin


(2 of 2)