US District Court
District of Massachusetts

Grant Boyd

Civil Case No.
05-10873-RWZ

v.

Mike Austin, et al

## Motion to Modify Rules

Plaintiff, being confined in prison and indigent, moves the Court to allow plaintiff to take depositions under Modified Rules of Civil Procedure, specifically F.R.Civ.P. §§ 28, 30, and 31.

1) To allow plaintiff to take oral depositions of Law Enforcement Personnel by tape recording without the presence of an officer as required by F.R.Civ.P. 28.

2) To allow plaintiff to take written depositions and receive the answers in writing from Law Enforcement Personnel under pain and penalty of perjury without presence of an officer as required by F.R.Civ.P. 31(b).

MCI Cedar Junction
PO Box 100
S. Walpole MA 02071

Respectfully Submitted,

10/5/06

Grant Boyd, Pro-SE

I, Grant Boyd, certify under pain and penality that the following items were mailed to the below listed parties by postage pre-paid First Class mail on October 5, 2006:

1) Motion to modify Rules
2) Contempt motion & Compliance order
3) Affidavit in Support

Mailed to:

1) Isabel Eonas, P.C.S.O. 24 Long Pond Rd Plymouth MA 02360

2) USMS, c/o William Fallon, 1 Courthouse Way, Boston MA 02210

Signed under the pain and penality of perjury.

_____    10/5/06
Grant Boyd, Pro-Se              DATE