UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GRANT BOYD, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action |
| | ) | No. 05-10873-RWZ |
| MIKE AUSTIN, | ) | |
| Plymouth County Sheriff's Department, et al., | ) | |
|     Defendants. | ) | |

## U.S. MARSHALS SERVICE'S NOTICE TO COURT

It has recently come to the undersigned counsel's attention that plaintiff has filed in this case a motion against the U.S. Marshals Service ("USMS") (Docket No. 69). The Court has long since dismissed the USMS from this action (Docket No. 45). The government was not served with plaintiff's motion against the USMS; however, by this Notice, informs the Court that the USMS has, as of October 12, 2006, complied with plaintiff's September 21, 2006 subpoena requesting certain information relative to this lawsuit. As such, his motion to compel against the USMS is moot. The government further respectfully requests that plaintiff be prohibited from filing any further motions against the USMS in this action.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

    /s/Eugenia M. Carris
    Eugenia M. Carris
    Assistant U.S. Attorney
    Office of the U.S. Attorney
    John Joseph Moakley U.S. Courthouse
    1 Courthouse Way - Suite 9200
    Boston, MA 02210
October 13, 2006    (617) 748-3282

**CERTIFICATE OF SERVICE**

      I certify that service of the foregoing has been made upon the plaintiff by first-class mail on the above date to: Grant Boyd, <u>pro se</u>, MCI-Walpole-Block 4, P. O. Box 100, S. Walpole, MA 02071. The other parties will receive ecf notification only.

                                                         /s/Eugenia M. Carris
                                                         Eugenia M. Carris