United States District Court
District of Massachusetts

Grant Boyd

v.                                    05-10873 RWZ

Mike Austin, et al

FILED
IN CLERKS OFFICE
2006 OCT 23 A 3: 24
U.S. DISTRICT COURT
DISTRICT OF MASS.

Plaintiff's Response to defendant's Opposition to Plaintiff's motion to modify

The plaintiff argues that the defendants objection is a mischaracterization. The plaintiff is only asking to be allowed to take depositions from individuals who by their positions as law enforcement officers have already sworn an oath to obey the laws that among other things prohibit false testimony. As an indigent prisoner-plaintiff I can not hire a court reporter or officer to administer an oath and only ask to be exempt from this rule because the dispondants have already taken such an oath.

Additionally plaintiff, for the same reasons above, is asking to be allowed to have the answers to plaintiff deposition questions be made in writing if deposition is by written questions or by tape recording if deposition

(1 of 2)

..is oral.

The Plaintiff would still be required to comply with Notification Requirements and the other provisions of Fed. R. Civ. P.

If the Court does not allow these motified Rules the indigent prisoner-plaintiff would be barred from taking depositions and engaging in discovery. For example, US Marshals Service has already refused to comply with document Requests in a proper manner and if Plaintiff's modified Rules are not allowed discovery of Relevant facts from the USMS and P.C.S.O would not occure. Plaintiff moves the Court to Grant Plaintiff's motion to modify Rules.

Respectfully, 10/19/06

_____, pro-se

Grant Boyd A93192
PO Box 100
S. Walpole MA 02071

RE: 05-10873-RWZ
   Plaintiff's Response to defendants objection to Modify Rules

(2 of 2)

I, Grant Boyd, certify under the pain and penality of perjury that the below list of items were mailed to the below listed individuals by postage pre-paid first class mail on __19__ day of __OCTOBER__ month of 2006.

1. Plaintiff's Response to Def. Objection to Modify Rules
2. _____
3. _____
4. _____

Mailed to:

1. Isabel Eonas, PCSD, 24 Long Pond Rd., Plymouth, MA 02360
2. _____
3. _____

Signed under the pain and penality of perjury.

_____        10/19/06
Grant Boyd, Pro-Se                  Date