UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Grant Boyd

v.  Civil Action: 05-10873-RWZ

Mike Austin, et al



FILED
CLERKS OFFICE
2006 OCT 21  A 2:37
U.S. DISTRICT COURT

PLAINTIFFS MOTION TO COMPELL DISCOVERY

Plaintiff moves the Court to issue an order to compell the USMS to comply with the discovery requests noted below. The USMS has demonstrated their willingness to ignore subpoenas properly served upon them and as such this motion is needed to ensure the USMS comply with plaintiff's subpoena.

1. Provide a list of dates, locations, destinations, reasons and the persons who authorized any transportations of the plaintiff while he was in USMS Custody.

2. Provide a copy of all documents, notes and log entries or other objects that relate to the plaintiff's confinement or transportation from 1/3/05 - 10/20/06

3. Provide a copy of any letter mailed to the USMS General Counsels office from the plaintiff, if none please state that fact in writing

4. Authorization for plaintiff to take deposition from USMS by written deposition where the USMS is required to respond in writing under the pain and penalty of perjury. This request is made based on the logistical problems related to plaintiff's confinement and lack of funds to pay for a court reporter.

5. Items noted above to be served on the plaintiff on or before November 28, 2006.

Respectfully Submitted,

10/18/06

Grant Boyd, Pro-Se
PO Box 100
S. Walpole, MA 02071