UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Grant Boyd

v.                                       Civil Case: 05-10873-RWZ

Mike Austin, et al

FILED
IN CLERKS OFFICE
2006 OCT 21  A 2:36
U.S. DISTRICT COURT
DISTRICT OF MASS.

PLAINTIFFS OBJECTION TO USMS NOTICE AND REQUEST TO PROHIBIT
PLAINTIFF FROM FILING MOTION AGAINST USMS

The plaintiff objects to the USMS motion to prohibit plaintiff from filing motions against the USMS and renews his request to hold the USMS in contempt for failing to respond to subpoena in the manner and time allowed by the Federal Rules Civil Procedure.

Even if the USMS was duped into participating in and authorizing plaintiff's transfer and did so without a retalitory motive, they were still party to the adverse action and as such the USMS has access to relevant discovery information and should not be allowed to violate Federal Court Rules with impunity.

Enclosed is a memorandum in support of plaintiff's objection and renewal of plaintiff's contempt motion.

Respectfully Submitted,

Grant Boyd, Pro-Se          10/15/06
PO Box 100
S. Walpole, MA 02071