UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Grant Boyd

v.                                  Civil Case No. 05-10873-RWZ

Mike Austin, et, al.

FILED
CLERKS OFFICE
2006 OCT 21 A 2:36
U.S. DISTRICT COURT
DISTRICT OF MASS.

PLAINTIFFS MEMORANDUM IN SUPPORT OF Sp. PLAINTIFF'S OBJECTION
TO USMS NOTICE AND MOTION PROHIBITING MOTIONS AGAINST THE USMS

The respect for law, particulary by officials responsible for the administration of the law enforcement system is in itself a matter of the highest public interest. See Duran v. Anaya, 642 F.Supp 510, 527 (D.N.M. 1986)

For the Government to request the Courts permission to violate the rules of the Court with impunity is in itself an example of the most obsene violation of the Public's Trust. A law enforcement agency with employees who sware an oath to obey the Constitution of the United States and to follow it's laws, cannot be held to a less strict standard then the public they swore to protect. it is this exact pervision that motivated the defendants to violate the plaintiff's Constitutional rights whereby causing this civil action in the first place. If the Court allows the USMS' motion and refuses to issue a contempt order, it is telling these sworn officials that they are allowed to violate the laws they swore to uphold. This is a very dangerous precedent to set.

The USMS did not object to the Subpoena as allowed by the rules of the Court, they instead elected not to respond at all to the subpoena in violation of the rules of the Court. The USMS is responsible for serving subpoenas, they know that

they are required to respond, but elected not to do so until they received notice that a motion to hold them in contempt was filed, this behavior is at odds with their function within the Court.

The Government does not contend in its motion that the USMS never received the subpoena, The Government does state that as of October 12, 2006, the USMS has complied with plaintiff's September 21, 2006 subpoena. This is a true statement but it is also deceptive.

The subpoena was served on the USMS on Septemeber 7, 2006 and it asked the USMS to respond by September 21, 2006 which they elected to ignore until they received notice that the plaintiff asked the Court to issue a contempt order. On October 14. 2006 the plaintiff received an incomplete response to the subpoena, representing only two pages of basic information. (exhibit A) This was the same day the plaintiff received the Governments Notice and motion prohibiting plaintiff from filing motions against the USMS.

The fact that the USMS responded to the Subpoena on October 14, 2006 does not change the fact that they were in contempt by refusing to answer as allowed and required by the Court.

The surviving claim of retalition involves two agencies the Plymouth Courty Sheriff's Department and the US Marshals Service. P.C.S.D. retalitated afainst the prisoner-plaintiff by requesting his transfer to another facility, but it is the USMS that authorizes transfers and as such the USMS has acccess to information relevant to the Claim. The Plaintiff does not contend that the USMS retalitated against him but that they had to at

least participate in teh advers action even if they lacked any retalitory motive.

Therefore, is it logical that they should be required to respond to discovery requests made by a Court issued subpoena. As discussed with the Court, at the scheduling confrence, the plaintiff has a need to involve the USMS and Massachusetts DOC in the discovery process and pursuant to that discussion the Court stamped subpoena's for the plaintiffs use.

For the USMS to refuse to answer a properly served subpoena is a violation of the public trust and the oath they swore to uphold. For the US Attorney's Office to request permission from the Court to prohibit the plaintiff from seeking relief, from the USMS' willfull disregard for the rules of the Court, relief the plaintiff is entitled to under law, is also an obscene perversion of the public's trust and is indicitive of the problem that caused the origional violations to occure, namely the government officials' belief that they are above the law and thus allowed to violate the citizens rights with impunity. For the Court to allow this request would set a dangerious president.

Therefore, the plaintiff renews his request for a contempt order and moves the Court to deny the Government's motion to be exempt from plaintiff motions. Additionally, for the above reasons plaintiff pleads with the Court to approve plaintiff's motion for discovery of information available to the USMS.

Respectfully Submitted,

Grant Boyd, Pro-Se  10/15/06
PO Box 100
S. Walpole, MA 02071

*OCTOBER 11th Received 2pg Discovery Reply*

*** LIMITED OFFICIAL USE ***

DATE: 10/11/2006  TIME: 10:29  PAGE:  1

UNITED STATES MARSHALS SERVICE
PRISONER TRACKING SYSTEM
DIST. MASSACHUSETTS
DISTRICT: 38   OFFICE: BOS

INDIVIDUAL CUSTODY AND DETENTION REPORT USM (129)

NAME:   BOYD, GRANT
USMS NUMBER: 04725082

I. IDENTIFICATION DATA:

USMS NBR: 04725082   NAME: BOYD, GRANT

ADDRESS:  40 WORCESTER SQAURE   BOSTON, MA 02118         PHONE:   -   -

DOB: 04/28/1969  AGE: 37  POB: WHEELING, WV         SEX: M  RACE: W  HAIR: BRO  EYE: HAZ  HEIGHT: 605  WEIGHT: 220

SSN: 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  FBI NBR:         ALIEN NBR:

*****SPECIAL HANDLING CODE:         SPECIAL HANDLING REMARKS:
   MEDICAL                          **USE UNIVERSAL PRECAUTIONS**
   SECURITY                         FORMER ESSEX COUNTY C.O.
   SECURITY                         ALSO HAS US PROBATION DETAINER LODGED 1/12/05

   DETAINER/DATE   ACTIVE   AGENCY                      REMARK
   **********       N

   PRISONERS ALIASES:           ALIAS REMARKS:
   NONE

   GENERAL REMARKS:
   NONE

II. CASE INFORMATION:

   CTR   STATUS        COURT CASE NUMBER      FEDERAL COURT CITY
   1     WT-TRIAL      4725082-1              BOSTON
   2     WT-TRIAL      4725082-2              BOSTON

   CTR   JUDGE NAME              US ATTORNEY NAME            DEFENSE ATTORNEY NAME
   1     COHEN, LAWRENCE         RUE, NANCY
   2     DEIN, JUDITH

   CTR   ARREST DATE   ARRESTING AGENCY                LOCATION OF ARREST    WARRANT NUMBER
   1     01/03/2005    FEDERAL BUREAU OF INVESTIGATION BOSTON,MA
   2     01/12/2005    U.S. MARSHALS SERVICE           USDC

   CTR   OFFENSE                          OFFENSE REMARK          DISPOSITION
   1     (3599) DANGEROUS DRUGS           METHANPHETAMINES        NOT YET DISPOSED
   2     (5012) PROBATION VIOLATION                               NOT YET DISPOSED

   CTR   SENTENCE DATE   SENTENCE                                 APPEAL DATE
   1     **********                                               **********

*Population management / Safe Keeping*

*** LIMITED OFFICIAL USE ***

*Former Correctional Officer.*

*** LIMITED OFFICIAL USE ***

```
                                                              DATE: 10/11/2006  TIME: 10:29  PAGE:       2
                              UNITED STATES MARSHALS SERVICE
                                 PRISONER TRACKING SYSTEM
                                    DIST. MASSACHUSETTS
                               DISTRICT: 38    OFFICE: BOS


                         INDIVIDUAL CUSTODY AND DETENTION REPORT USM (129)

                                    NAME:  BOYD, GRANT
                                    USMS NUMBER: 04725082


      2    **********                                              **********

III. STATUS HISTORY

      CTR   STATUS         STATUS DATE    CUSTODY DATE      RELEASE DATE         REMARK
       1    WT-TRIAL       01/03/2005     01/03/2005        **********
       2    WT-TRIAL       01/12/2005     01/12/2005        **********

IV. CHRONOLOGICAL PRISONER HISTORY

      INST                             ADMIT         RELEASE        DAYS    ACTION OR
      CODE   INSTITUTION NAME          DATE          DATE           BOARDED DISPOSITION
      OTH    OTHER                     12/31/2004    01/03/2005          3  BOSTON PD
      CEL    CELLBLOCK                 01/03/2005    01/03/2005          0
      1CK    PLYMOUTH CO JAIL          01/03/2005    03/22/2005         78
      1ET    MASS CORR INSTIT-WAL      03/22/2005    **********        568

                                  TOTAL DAYS BOARDED                   649

V. MEDICAL CONDITION/TREATMENT HISTORY

      DATE SERVICE PROVIDED  VENDOR              SERVICE PROVIDED
             **********



                      THIS INFORMATION IS THE PROPERTY OF THE U.S. MARSHALS SERVICE AND SHALL NOT
                      BE PUBLICLY RELEASED OR DISSEMINATED WITHOUT U.S. MARSHALS SERVICE AUTHORITY.
****** END OF REPORT ******
```

*** LIMITED OFFICIAL USE ***

I, Grant Boyd, certify under the pain and penality of perjury that the below list of items were mailed to the below listed individuals by postage pre-paid first class mail on __18__ day of __October__ month of 2006.

1. Plaintiffs objection to USMS notice/motion
2. Plaintiffs motion for discovery
3. Plaintiffs memo in support of #1 & 2
4. _____

Mailed to:

1. Isabel Eonas, PCSD, 24 Long Pond Rd., Plymouth, MA 02360
2. Eugenia Carris, AUSA, 1 Courthouse Way Boston MA 02210
3. _____

Signed under the pain and penality of perjury.

_____        18/Oct/06
Grant Boyd, Pro-Se              Date