Honorable Judge Rya Zobel
1 Courthouse Way
Boston MA 02210

FILED
IN CLERKS OFFICE

2006 OCT 21  A 2: 37

U.S. DISTRICT COURT
DISTRICT OF MASS.

RE: Grant Boyd v. Mike Austin

Dear Judge Zobel

    I am looking for a solution that would allow me to take depositions. The problem I have is I cannot afford a court reporter or officer to administer an oath.

    Can you come up with a solution, I make one recommendation in the enclosed motion but you may have a better solution.

Respectfully,   10/18/06

Grant Boyd, Pro-Se