United States Court
District of Massachusetts

Grant Boyd

v.                                              CA: 05-10873-RWZ

Mike Austin et al

Notice of Subpoena Served upon
the USMS for documents

Plaintiff is notifying the Court that he has served upon the USMS the enclosed subpoena care of Eugenia Carris, AUSA.

Respectfully Submitted,

[signature] 10/25/06

Grant Boyd, Pro-se
PO Box 100
S. Walpole MA 02071

Issued by the
# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

Grant Boyd

V.                                         SUBPOENA IN A CIVIL CASE

Mike Austin, et al

Case Number: 05-10873-RWZ

TO: USMS
1 Courthouse Way
Boston MA 02210
C/o AUSA Eugenia Carris

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): Prisoner call up list for Grant Boyd between 1/3/04 - 10/14/06 plus items described on attachment.

| PLACE MCI Cedar Junction, PO Box 100, S. Walpole MA 02071 | DATE AND TIME On or before 11/14/06 |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE 8/28/06

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

' If action is pending in district other than district of issuance, state district under case number.

10/25/06

Eugenia Carris, AUSA
US Attorney's Office
1 Courthouse Way
Boston MA 02210

RE: 10/25/06 USMS Subpoena
    05-10873-RWZ

Dear Ms. Carris

To clarify my request, please ask the USMS to provide me a paper copy of the following items on or before November 14, 2006

1) A copy of the Prisoner Call Up list, from USMS Prisoner Tracking System for each time Grant Boyd was Transported between 1/3/05 through 10/20/06, or a document that provides the same information, namely the date, destination and person authorizing transport with stated reason

2) Provide a copy of any document, note, record or other item related to Grant Boyd's Transfer on 3/22/05

(1 of 2)

3) Please provide a copy of any letter received by USMS General Counsel's office from Grant Boyd

Please deliver the above business records and documents on or before November 14, 2006 to the plaintiff at the below address.

Respectfully

10/25/06

Grant Boyd, Pro-SE
PO Box 100
S. Walpole MA 02071.

(2 of 2)

I, Grant Boyd, certify under the pain and penality of perjury that the below list of items were mailed to the below listed individuals by postage pre-paid first class mail on 25 day of October month of 2006.

1. Request for Hearing
2. Motion to ~~Reconsider~~
3. Subpoena - USMS
4. Notice to Court

Mailed to:

1. Isabel Eonas, PCSD, 24 Long Pond Rd., Plymouth, MA 02360
2. Eugenio Carris, AUSA, 1 Courthouse Way, Boston MA 02210
3. _____

Signed under the pain and penality of perjury.

_____      10/25/06
Grant Boyd, Pro-Se             Date