United States District Court
District of Massachusetts

FILED
IN CLERKS OFFICE

Grant Boyd

2006 NOV -9 A 11: 16

U.S. DISTRICT COURT
DISTRICT OF MASS.

V.

CA: 05-10873-RWZ

Mike Austin, et al

Notice to the Court Regarding the
Enclosed Plaintiff's Amended Complaint

Based on new evidence obtained on November 3, 2006 from the US Marshals Service (USMS) regarding an alleged retaliatory transfer that occured on June 27, 2005 (hereafter '6/27') which was directly related to this case, the plaintiff asks the court to review the enclosed Amended Complaint and Motion to add Nancy Rue as a defendant. The evidence finally obtained last week from the USMS shows Nancy Rue's direct involvement in the retaliation, originally raised with the court on August 10, 2005 in plaintiff's opposition to USMS motion to dismiss, page 9.

Respectfully Submitted,

PO Box 100
S. Walpole, MA 02071

[signature]  11/7/06

Grant Boyd, Pro-Se