United States District Court
District of Massachusetts

Grant Boyd

v.

Mike Austin, et al.

FILED
IN CLERKS OFFICE
2006 NOV 13 A 11: 34
U.S. DISTRICT COURT
DISTRICT OF MASS.

CA: 05-10873-RWZ

Plaintiff's Notice to the Court to Clarify Plaintiff's Amended Complaint and Motion to Add Defendant

Plaintiff filed the Amended Complaint and Motion to add Nancy Rue as a defendant because on November 3, 2006 the USMS turned over new evidence that shows Nancy Rue had authorized the Retalitary action on June 27 2005 to intimidate the Plaintiff into allowing the June 27, 2005 USMS motion to dismiss to go unopposed. This action and the nexus with this case was first noted with the Court on August 10, 2005 in the Plaintiff's opposition to USMS Motion to dismiss, Page 9. Plaintiff could not get details of this transfer because the USMS refused Plaintiff's FOIA requests and Plaintiff's

(1 of 2)

First Subpoena, as noted in Plaintiff's motion to Compell USMS discovery.

Because Nancy Rue chose to involve herself with this Civil Action against the USMS, in an attempt to get it dismissed through intimidation and Retalitation, and in essence continue the governments retalitation, she should be a defendant in this case. As noted in the arguement Nancy Rue lost any immunity through her Actions and violations of Clearly Established Constitutional rights.

Plaintiff has filed this notice to clarify any issues his Amended Complaint may be lacking.

Respectfully Submitted,

11/8/06

Grant Boyd, Pro-Se
PO Box 100
S. Walpole, Ma 02071

(2 of 2)

I Grant Boyd Certify that on Nov. 8, 2006 I Served the above notice to the Court on ISABEL ENOAS, PCSO, 24 Long Pond, Rd. Plymouth MA 02360, by Postage Pre-Paid First Class mail.

*[signature]* 11/8/06
Grant Boyd, Pro-se