UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                        )
GRANT BOYD,                             )
                        Plaintiff       )
v.                                      )
                                        )        CA05-10873 RWZ
MIKE AUSTIN, Plymouth                   )
County Sheriff's Department, et. al.    )
                        Defendants      )
_____)

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

*NOW COME* the Defendants in the above-entitled action and move for summary judgment as to the remaining count of retaliatory transfer in plaintiff's amended Complaint pursuant to Fed. R. Civ. P. 56(b).

*IN SUPPORT* thereof, the defendants attach a memorandum of law.

Respectfully submitted,
Plymouth County Defendants
By their Attorneys:

/s/Isabel N. Eonas_____
Isabel N. Eonas, Deputy General Counsel
Plymouth County Sheriff's Department
24 Long Pond Road
Plymouth, MA  02360
(508) 830-6278
B.B.O. #639870

DATED:  November 20, 2006

1