UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GRANT BOYD,                    ) | |
|     Plaintiff,            ) | |
|                                   ) | |
|   v.                              ) | Civil Action |
|                                   ) | No. 05-10873-RWZ |
| MIKE AUSTIN,              ) | |
| Plymouth County Sheriff's Department, et al., ) | |
|     Defendants.        ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter my appearance on behalf of the United States of America in the above matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/ Eugenia M. Carris
EUGENIA M. CARRIS
Assistant U.S. Attorney
Office of the U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 9200
Boston, MA 02210
(617) 748-3282

Dated: November 22, 2006

CERTIFICATE OF SERVICE

I certify that service of the foregoing Request to Enlarge Time has been made through the ECF system for those registered and upon the plaintiff by first-class mail on this 22nd day of November, 2006 to Grant Boyd, pro se, A93192, Block 4, MCI Ceder Junction, P.O. Box 100, S. Walpole, MA 02071.

/s/ Eugenia M. Carris
EUGENIA M. CARRIS
Assistant U.S. Attorney