UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GRANT BOYD, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action |
| | ) | No. 05-10873-RWZ |
| MIKE AUSTIN, | ) | |
| Plymouth County Sheriff's Department, et al., | ) | |
|     Defendants. | ) | |

### UNITED STATES'S REQUEST FOR ADDITIONAL TIME TO FILE MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO AMEND

On or about November 9, 2006, the United States received a copy of Plaintiff's latest motion to amend the Complaint in this matter. The government received a copy, not by service by the plaintiff, but by courtesy copy from a defendant in this case. Plaintiff's latest motion seeks to add as a defendant in this case Nancy Rue, the Assistant United States Attorney who is prosecuting him for drug offenses in <u>United States v. Grant Boyd</u>, Crim. No. 05-10037-GAO. This motion was not formally served on the government or on Ms. Rue; however, the United States opposes it. Plaintiff's latest motion is frivolous, and should be denied because, among other things, it raises no colorable claims nor any important new information that would serve to overcome the prosecutorial immunity which bars the proposed amendment.

Should the Court deem it necessary to consider a memorandum in opposition from the United States, the undersigned respectfully seeks additional time in order to submit such a memorandum. If service had been properly made, the government calculates that a response to this Motion would be due on November 24, 2006. Due to the Thanksgiving holiday and other

previously scheduled matters, the government seeks one additional week, until and including December 1, 2006 in which to file a memorandum in opposition.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/Eugenia M. Carris
Eugenia M. Carris
Office of the U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 9200
Boston, MA 02210
(617) 748-3282

Dated: November 22, 2006

**L.R. 7.1 Certification**

The undersigned believes L.R. 7.1 does not apply in this case as plaintiff is pro se and incarcerated. To the extent the Court disagrees, the undersigned requests that she be excused from compliance with L.R. 7.1.

/s/Eugenia M. Carris
Eugenia M. Carris
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I certify that service of the foregoing Request to Enlarge Time has been made through the ECF system for those registered and upon the plaintiff by first-class mail on this 22nd day of November, 2006 to Grant Boyd, pro se, A93192, Block 4, MCI Ceder Junction, P.O. Box 100, S. Walpole, MA 02071.

/s/Eugenia M. Carris
Eugenia M. Carris