United States District Court

District of Massachusetts

Grant Boyd

v.                                                          CA 05-10873-RWZ

Mike Austin

Motion to Compell DOC to Follow Court Order to Provide Documents

On 10/5/06 Court ordered DOC to allow plaintiff to inspect and copy Plymouth County documents, docket no. 67. DOC has failed to reply to plaintiff's numerous requests.

Plaintiff asks the Court to issue a 2nd order to compell and also expand the order to include documents from the US Marshals Service, which was intended to be included in plaintiff's original motion to compell, docket no. 67.

Respectfully Submitted,

11/15/06

Grant Boyd, Pro Se
PO Box 100
S. Walpole MA 02071

CERTIFICAT OF SERVICE

I, Grant Boyd, certify under the pain and penality of perjury that the enclosed motion to compell DOC to follow Court Order to provide documents has been sent to:

Isabel Eonas, Counsel
PCSD
24 Long Pond Rd.
Plymouth MA 02360

by first class pre paid mail, on November 21, 2006.

_____    11/21/06
Grant Boyd, Pro-Se                 Date

Also Sent was Plaintiff's Request to Enlarge Time

11/21/06