UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GRANT BOYD

v.                                      CA: 05-CV-10873-RWZ

MIKE AUSTIN, et al

PLAINTIFF'S REQUEST TO ENLARGE TIME TO RESPOND TO PCSD
MOTION FOR SUMMARY JUDGEMENT

    Plaintiff moves the Court to enlarge the time Plaintiff has to respond to PCSD Defendant's motion for summary judgement.

    Plaintiff has limited access to copies and services with the coming holidays. Additionally, plaintiff has copies of letters to Brian Gillen and Michael Neri, including their responses that will show the claims they are making in their motion for Summary Judgement are not factual. Plaintiff also finds their motion to be without merit, given the fact that their previous pleadings contain contradictory statements.

Respectfully Submitted,

11/21/06

Grant Boyd, Pro-Se
PO Box 100
S. Walpole, MA 02071