United States Court
District of Massachusetts

Grant Boyd

V.

Mike Austin, et al

CA 05-10873-RWZ

FILED
CLERKS OFFICE
2006 NOV 27 P 2:30
US DISTRICT COURT
DISTRICT OF MASS

Plaintiff moves the Court to Allow Plaintiff to withdraw motion to add

Plaintiff moves the Court to allow plaintiff to withdraw his motion to add Nancy Rue as a defendant.

Respectfully Submitted

11/22/06

Grant Boyd, Pro-SE
PO Box 100
S. Walpole, MA 02071