UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Grant Boyd

v.                                              CA: 05-10873-RWZ

Mike Austin, et al.

FILED
CLERKS OFFICE

2006 NOV 28  P 2: 14

U.S. DISTRICT COURT
DISTRICT OF MASS.

PLAINTIFF'S NOTICE TO THE COURT OF HIS WITHDRAWL OF THE
CLAIM AGAINST THE P.C.S.D. DEFENDANTS

The Plaintiff is hereby withdrawing his claim(s) against the P.C.S.D. defendants. After consulting with his criminal lawyers, plaintiff learned that any judgement would be subject to forfiture in his criminal case. P.C.S.D. defendants have already corrected the issues that caused the origional claim to be filed, namely the lack of adequate access to legal materials, by installing a computer in Unit A-1 "P.C." with the same legal materials that are available to the General Population inmate at P.C.C.F. Additionally, plaintiff's pending plea agreement forcloses any downward departure arguements, including conditions of confinement pursuant to USSG § 5k2.0. Therefore plaintiff has nothing to gain from continuing litigation against the P.C.S.D. defendants and it would only burden the Court.

Respectfully Submitted,

Grant Boyd, Pro-Se
PO Box 100
S. Walpole, MA 02071

I, Grant Boyd, Certify that this Notice has been sent to all defendants by postage pre-paid first class mail.

Grant Boyd, Pro-Se       Date 11/27/06