UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GRANT BOYD,                )<br>    Plaintiff,          )<br>                            )<br>v.                          )<br>                            )<br>MIKE AUSTIN,                )<br>Plymouth County Sheriff's   )<br>Department, et al.,         )<br>    Defendants.       ) | Civil Action<br>No. 05-10873-RWZ |

UNITED STATES' NOTICE OF ASSENT

The government assents to plaintiff's Motion to Withdraw Motion for Amended Complaint and to Add Defendant Nancy Rue. Although a motion to withdraw is not required, the government states that it does not object to the withdrawal. Also, the motion to amend having been withdrawn, the government assumes that no further briefing will be required of it. Should the Court still wish to receive a memorandum from the government, the undersigned respectfully requests notification thereof and will promptly comply.

Respectfully submitted,<br>
MICHAEL J. SULLIVAN<br>
United States Attorney<br>
<br>
/s/Eugenia M. Carris<br>
Eugenia M. Carris<br>
Assistant U.S. Attorney<br>
Office of the U.S. Attorney<br>
1 Courthouse Way - Suite 9200<br>
Boston, MA 02210<br>

November 30, 2006                    (617) 748-3282

**CERTIFICATE OF SERVICE**

I certify that service of the above has been made through the ECF system for those registered and upon the plaintiff by first-class mail on the above date to Grant Boyd, pro se, A93192, Block 4, MCI Ceder Junction, P.O. Box 100, S. Walpole, MA 02071.

/s/Eugenia M. Carris
Eugenia M. Carris