UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTON NO. 05-10873-RWZ

GRANT BOYD

v.

MIKE AUSTIN, et al.

<u>ORDER</u>

December 15, 2006

ZOBEL, D.J.

Plaintiff has withdrawn his motion to amend the complaint by adding a defendant (##81 and 89), and has filed a Notice of Withdrawal of all claims against the Plymouth County Sheriff's Department, the only remaining defendant.  Treating the Notice of Withdrawal as a motion for voluntary dismissal pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, it is allowed.

Judgment may be entered accordingly.

_____December 15, 2006_____          _____/s/Rya W. Zobel_____
DATE                                                    RYA W. ZOBEL
                                                    UNITED STATES DISTRICT JUDGE