UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **GRANT BOYD** | |
| **Plaintiff** | **CIVIL ACTION** |
| V. | NO. 05CV10873-RWZ |
| **MIKE AUSTIN ET AL** | |
| **Defendant** | |

## JUDGMENT

**ZOBEL, D. J.**

In accordance with the Judge's ORDER on 12/15/06;

JUDGMENT is entered DISMISSING the case.

By the Court,

12/18/06                                   s/ Lisa A. Urso
Date                                          Deputy Clerk